UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Nov 24  9 53 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| MELISSA BURFORD,<br>               Plaintiff,<br>vs.<br><br>McDONALD'S CORPORATION,<br>CARL FIELD, TIMOTHY MICHAUD,<br>AND RONALD FEDOR,<br>               Defendants. | C.A. No. 3:02-CV-1738 MRK |

## MOTION FOR SUMMARY JUDGMENT

Defendants McDonald's Corporation, Carl Field, Timothy Michaud, and Ronald Fedor hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of their motion, defendants rely on the accompanying Local 56(a)(1) Statement and attachments including the Affidavits of Steven Goulart, Carl Field and Daniel Hoppe, as well as relevant portions of the transcripts of the depositions of Melissa Burford, Carl Field, Timothy Michaud and Steven Goulart. In addition, defendants rely on the accompanying Memorandum of Law in support of McDonald's Motion for Summary Judgment and the

accompanying Memorandum of Law in support of the Motion for Summary Judgment by Carl Field, Timothy Michaud and Ronald Fedor.

> DEFENDANTS, McDONALD'S CORPORATION, CARL FIELD, TIMOTHY MICHAUD, AND RONALD FEDOR,
>
> By its Attorneys,
>
> HOLLAND & KNIGHT LLP
>
> *[signature]*
>
> Neal J. McNamara, Esquire (FBN 19349)
> One Financial Plaza, Suite 1800
> Providence, Rhode Island 02903
> (401) 751-8500
> (401) 553-6850 (Facsimile)
> nmcnamara@hklaw.com
>
> ***LOCAL OFFICE FOR PURPOSES OF RULE 2(C):***
>
> Rodger W. Lehr, Jr., Esq.
> Watsky Drive # 3
> Stonington, CT 06378
> Juris No. 07208

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Motion was forwarded via first class mail, postage pre-paid, this 21st day of November, 2003 to:

Peter J. Bartinik, Jr.
Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
100 Fort Hill Road
P.O. Box 942
Groton, CT 06340-0942

*[signature]*

# 1392339_v1

2