UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA BURFORD,

    Plaintiff,

v.                                                                                         C.A. No. 3:02-CV-1738 MRK

MCDONALD'S CORPORATION,
CARL FIELD, TIMOTHY MICHAUD,
And RONALD FEDOR,

    Defendants.

## AFFIDAVIT OF STEVEN GOULART

Steven Goulart, being duly sworn, deposes and says:

1.    I have been an employee of defendant McDonald's Corporation

("McDonald's") since early 2001.  During that time I have been employed as a

human resources consultant with responsibilities in, among other places,

Connecticut.  In that position I am responsible for being aware of, among other

things, employee job responsibilities and benefits, and I have access to the employee

records of all persons in the Groton store.  The statements in this affidavit are

based on my personal knowledge and/or on my review of McDonald's documents,

including the employment records of current or former McDonald's employees.  I

submit this affidavit in support of defendants' Motion for Summary Judgment.

<u>McDonald's Store Management</u>

2.     McDonald's restaurants employ four levels of store managers, the first three of which represent different levels of training to become a store manager. The lowest level is a swing or shift manager. A swing manager is responsible for learning and understanding McDonald's policies and procedures in order to prepare for managing shifts in a McDonald's restaurant. Responsibilities include but are not limited to: (1) learning the basics of restaurant operations through on-site training, area management and floor management; (2) gaining experience with a team and maintaining customer satisfaction; and (3) developing an understanding of basic supervision, human relations and interpersonal communication and follow-up skills.

3.     The next level of management is second assistant manager. A second assistant manager is continuing the process of training to manage a restaurant. An employee in that position is responsible for managing people, products and equipment to execute outstanding quality service, cleanliness and value on all assigned shifts. The responsibilities include but are not limited to: (1) developing and training current employees; (2) maintaining critical standards for product quality, service speed and quality, cleanliness and sanitation; (3) managing shifts and/or areas without supervision; (4) ensuring all safety, sanitation and security procedures are executed; (5) controlling food components, labor, waste and cash while managing shifts and/or areas; and (6) completing all assigned shift paperwork.

4.    The next level of management is the first assistant manager.  A first assistant manager is continuing the process of training to manage a restaurant, and is responsible for assisting the restaurant manager in executing virtually all aspects of the restaurant operations.  Responsibilities include but are not limited to: (1) demonstrating and reinforcing the leadership behaviors and basic people standards necessary to gain commitment from crew and other shift managers; (2) recruiting, staffing, scheduling and retaining employees; (3) managing the development and training of crew and shift management employees; (4) building sales and controlling cost to deliver optimum business results for all areas of accountability; (5) maintaining critical standards for product quality, service speed and quality, cleanliness and sanitation; and (6) controlling assigned profit and loss line items.

5.    Finally, the restaurant manager is responsible for the entire operation of a single McDonald's restaurant, including: (1) developing and training assistant managers; (2) measuring external customer satisfaction and executing plans to increase brand loyalty; (3) implementing and conducting in-restaurant new products and procedures; (4) ensuring an execution of all security for the safety and maintenance of the restaurant; (5) projecting and controlling accurate profit and loss line items; and (6) administering all in-restaurant records and procedures including benefits, payroll, inventory, security and employee personal files.

6.     An operations manager is responsible for all restaurants in a certain geographic area.

Benefits for Swing Managers and Second Assistant Managers in 2001

7.     As of 2001, full-time management employees were entitled to ten days paid vacation after working at McDonald's for one year.  This applied to, among others, swing managers and second assistant managers.  See relevant portions of 2001 pamphlet "Helping Balance Your Work and Life," a copy of which is attached hereto as Exhibit A.

8.     Also as of 2001, restaurant management employees who were over 21 years old and worked at least 1,000 hours per year were eligible to contribute to the company's 401(k).  The company would match the employee's contribution after one year of service.  This applied to all restaurant management employees, including swing managers and second assistant managers.  See relevant portions of 2001 pamphlet "Investing In Your Future," a copy of which is attached hereto as Exhibit B.

9     As of 2001, employees who were over 21 years old and worked at McDonald's for one year (in which they worked at least 1,000 hours) were eligible to receive  ESOP and Profit Sharing contributions. This applied to all restaurant employees, including swing managers and second assistant managers.  See Exhibit B.

The Individual Defendants

10.    At all relevant times, defendant Ron Fedor was the operations manager with responsibility for the McDonald's store on Long Hill Road in Groton, Connecticut. He was an employee of McDonald's between November 1992 and November 2001. During his employment there were never any allegations that he sexually harassed any employee. It is McDonald's policy and practice that management employees like Fedor sign the sexual harassment policy only after completing sexual harassment training for managers. A copy of the harassment policy signed by Fedor is attached hereto as Exhibit C.

11.    At all relevant times, defendant Timothy Michaud was a McDonald's restaurant manager. He worked for McDonald's between 1990 and 2003. Mr. Michaud was never the subject of a complaint of sexual harassment while in the employ of McDonald's. It is McDonald's policy and practice that management employees like Michaud sign the sexual harassment policy only after completing sexual harassment training for managers. A copy of the harassment policy signed by Michaud is attached hereto as Exhibit D. Michaud went on sabbatical as of April 2, 2001, and returned on June 11, 2001.

12.    At all relevant times, Carl Field was a McDonald's restaurant manager. Mr. Field was employed by McDonald's between May 1996 and September 2001. Other than the allegations raised by Melissa Burford, Mr. Field has never been the subject of a complaint of sexual harassment while employed by

McDonald's.  It is McDonald's policy and practice that management employees like Field sign the sexual harassment policy only after completing sexual harassment training for managers.  A copy of the harassment policy signed by Field is attached hereto as Exhibit E.

13.   Carl Field was promoted to the position of store manager effective February 27, 2000.  In or about March 2001 he was transferred to the Groton store as manager.  The manager of that store, Tim Michaud, was about to go on a ten week sabbatical, and Field was to manage the store in his absence.  Field and Michaud were in the store together for a period of time in order to smooth the transition.  Michaud went on sabbatical as of April 2, 2001.

14.   During the time that Field and Michaud were both restaurant managers working in the Groton store, Michaud exercised no control over Field's employment.   He could not discipline or terminate Field for alleged harassment.

The Plaintiff

15.   Melissa Burford was hired as a crew member at the Groton store effective November 20, 2000.  She was promoted to the position of swing manager effective February 19, 2001.  See McDonald's Employee Job History for Melissa K. Burford, a copy of which is attached hereto as Exhibit F.  The Groton store's time records indicate that Burford generally opened the store on Monday through Friday, working from 5:00 a.m. until 1:00 p.m.

## McDonald's Sexual Harassment Policy

16.   McDonald's has a comprehensive sexual harassment policy.  It is McDonald's policy and practice that new employees like Burford sign the policy only after receiving sexual harassment training for employees.  Burford signed her copy of the policy on November 28, 2000.  Pursuant to the policy, "any employee that feels subjected to discrimination or harassment should immediately report it to their human resources representative.  As an alternative to human resources, employees may report their complaint to their regional manager or officer in charge."  See McDonald's Sexual Harassment Policy, signed by Burford on November 28, 2000, a copy of which is attached hereto as Exhibit G.

17.   During the relevant period, a sign was posted in the crew room of the Groton store stating that McDonald's does not tolerate sexual harassment.    See a copy of that "STOP" sign, a copy of which is attached hereto as Exhibit H.

18.   During the relevant period each employee's paycheck stub included a reference to the McDonald's Service Center and the telephone number of that center to remind employees that they can call the center for assistance.

Julita Baumgardner

19.     Employee Julita Baumgardner quit McDonald's on or about May 12, 2001.

Plaintiff Complains, and McDonald's Responds

20.     Field was transferred from Groton to be the manager of the Niantic, Connecticut store, effective July 15, 2001. See McDonald's Employee Job History for Carl K. Field, a copy of which is attached hereto as Exhibit I.

21.     Timothy Meredith was promoted to the position of second assistant manager in the Groton store effective July 16, 2001.    See Salary, Job, Location Change form for Timothy Meredith, dated July 16, 2001, a copy of which is attached hereto as Exhibit J.

22.     On July 17, 2001, I received a call from Daniel Hoppe, of the McDonald's Service Center, in which he informed me that Melissa Burford had called the Service Center to complain of, among other things, sexual harassment.

23.     My review of Human Resources records indicates that Burford never called HR to complain of sexual harassment prior to July 2001.

24.     I spoke to Burford twice on July 17, and set up a time and place to meet with her in person the following day.

25.     On July 18, I met with Burford in Groton, and told her that I would conduct an investigation into all of her complaints.  She gave me the names of other employees who I should interview, and signed a statement, dated July 18,  setting forth her complaints.  A copy of her statement is attached hereto as Exhibit K.

26.     Burford was transferred to the Waterford store, effective July 23, 2001, as a swing manager.  See Exhibit F.

27.     Burford resigned effective August 9, 2001.    See Exhibit F.

28.     In late August 2001, after discussing my investigation with counsel, I prepared a "final written warning" to deliver to Field with regard to the results of the investigation.  A copy is attached hereto as Exhibit L.

29.     Field resigned from McDonald's effective September 28, 2001.

                                        _____
                                            Steven Goulart

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF BRISTOL

    In _New Bedford_ on the 20 day of November, 2003, before me personally appeared Steven Goulart, known by me to be the party executing the foregoing document, and, on oath, subscribed and swore to the facts contained in said document.

                                        _____
                                        Notary Public
                                        My      commission      expires: 10/1/07

# 1378965_v1

2001



FROM McDONALD'S

Helping Balance Your Work and Life

## VACATION TIME — CALIFORNIA AND ILLINOIS ONLY

| Length of service | Full-Time Employees' Annual Vacation Time | Part-Time Employees' Annual Vacation Time |
|---|---|---|
| Date of hire through December 31 of your year of hire | 0 days | 0 weeks |
| January 1 following your date of hire through 4 years | 10 days | 2 weeks |
| 5 – 9 years | 15 days | 3 weeks |
| 10 – 16 years | 20 days | 4 weeks |
| 17 years or more | 25 days | 5 weeks |

*The total number of vacation days is based on how many days you work in your normal weekly schedule.*

TIME OFF

**3**

Work and Life

## VACATION TIME — ALL STATES EXCEPT CALIFORNIA AND ILLINOIS

| Length of service | Full-Time Employees' Annual Vacation Time | Part-Time Employees' Annual Vacation Time |
|---|---|---|
| Less than 1 year | 0 days | 0 weeks |
| 1 year of service through the January 1 after your first anniversary | 10 days | 2 weeks |
| 2 – 4 years | 10 days (accrual begins the January 1 following your first anniversary) | 2 weeks (accrual begins the January 1 following your first anniversary) |
| 5 – 9 years | 15 days | 3 weeks |
| 10 – 16 years | 20 days | 4 weeks |
| 17 years or more | 25 days | 5 weeks |

* The total number of vacation days is based on how many days you work in your normal weekly schedule.



2001

# Investing in Your Future

PROFIT SHARING PROGRAM   STOCK OPTIONS   Mc$AVE   CREDIT UNION
EMPLOYEE LOAN PROGRAM   FINANCIAL PLANNING

## Who's Eligible

### 401(k)/McDESOP

For Staff employees (full- and part-time) and Restaurant Management employees (including First and Second Assistant Managers and Manager Trainees)

You are eligible to contribute to the 401(k)/McDESOP after one month of service, provided you are 21 years old. You're eligible to receive the company match if you are over age 21 and have one year of service (you must have worked at least 1,000 hours) in addition to unmatched contributions.

For Primary Maintenance and crew employees

You are eligible to contribute to the 401(k)/McDESOP and receive the company match after one year of service (you must have worked at least 1,000 hours), provided you are 21 years old.

### Leveraged ESOP and Profit Sharing Contributions

You are eligible to receive Leveraged ESOP and profit sharing contributions after one year of service (in which you worked at least 1,000 hours), provided you are 21 years old and a:

- Staff employee
- Restaurant manager (including First and Second Assistant Managers and Manager Trainees)

Leveraged ESOP and Profit Sharing contributions are allocated annually. With very few exceptions, you must be employed on the last day of the year to receive these contributions. (See page 5 for more details.)

## Entry Date

You enter each portion of the plan on the first of the month after you've met the eligibility requirements.



## Enrollment

You are automatically enrolled in the 401(k)/McDESOP at a 3% contribution rate unless you submit a written election specifying otherwise. You will receive the company match automatically the first of the month once you become eligible (see "Who's Eligible," at left).

Your 3% automatic contributions are invested in McDonald's Common Stock fund. If you want a different contribution rate, you must complete the McDESOP Contribution Election/Change form. If you want to change your 401(k)/McDESOP account investment direction, you must complete a Diversification Election/Change form. Both forms are available through Archie or the Service Center at 1-877-623-1955.

Once you've completed the form, you can either fax it back to McDonald's Service Center at 1-630-623-5027, or mail it to the address on the bottom of the form.

---

**401(k)/McDESOP ENROLLMENT EXAMPLE**

Let's say you are 21 and begin working full time at McDonald's on March 5, 2001. You complete 30 days of service on April 5 and are automatically enrolled in the 401(k)/McDESOP effective May 1 at 3% (unmatched). You receive enrollment materials in April.

**You complete and return the Contribution Election/Change form before April 25 to specify a 6% contribution rate. On May 1, you begin participating in the plan. (If you had not submitted the form, you would have been automatically enrolled in the plan and begun contributing 3% instead of 6% on May 1.)**

On March 5, 2002, you become eligible for company matching contributions, which begin on April 1, 2002. You receive new enrollment materials in March. Your 6% contribution rate (unmatched) will be reset to the automatic enrollment contribution rate of 3% on April 1. However, you want to continue contributing 6% so you complete and return another Contribution Election/Change form before March 25. On April 1, 2002, your contributions continue at 6%, which are matched according to the chart on page 4.

## NON-DISCRIMINATION/HARASSMENT POLICY

It is McDonald's philosophy and policy to treat employees and applicants for employment fairly and without regard to race, color, sex, religion, national origin, age, disability, veteran status, or any other prohibited basis. Discrimination against any employee or applicant based on any of these conditions will not be tolerated. This applies to all employment practices including recruiting, hiring, pay rates, training and development, promotions, and other terms and conditions of employment and terminations.

McDonald's will not tolerate any form of harassment, joking remarks, or other abusive conduct directed at employees because of their race, color, sex, religion, national origin, age, disability, or other prohibited basis. Harassment includes verbal or physical conduct that demeans or shows hostility toward an individual because of his/her race, color, sex, religion, age, disability, or other prohibited basis and that creates an intimidating, hostile, or offensive work environment, unreasonably interferes with an individual's work performance, or otherwise adversely affects an individual's employment opportunities.

McDonald's prohibits sexual harassment of any employee. Sexual harassment is prohibited because it is intimidating, is an abuse of power, and further, is inconsistent with McDonald's policies, practices, and management philosophy. Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and certain other verbal or physical conduct which is sexual or based on gender. Sexual harassment can include the following:

- Sexual conduct, whether verbal or physical, that interferes with another person's work performance or creates an intimidating, hostile, or offensive work environment or adversely affects another person's employment opportunities.
- An employment decision (e.g., promotion, raise, scheduling) made by a supervisor based on the employee's submission to or rejection of sexual advances.
- Submission to a sexual advance used as a condition of keeping or getting a job, whether expressed in explicit or implicit terms.
- Conduct that denigrates or shows hostility or aversion to a person because of his/her gender and creates an intimidating, hostile, or offensive work environment.

Any employee who feels subjected to discrimination or harassment should immediately report it to management, including their Human Resources representative, their immediate supervisor, or their supervisor's supervisor. We encourage employees to freely report such incidents to any or all of these people and prohibit retaliation for making or being a witness to such a report. We will investigate such reports thoroughly with regard to confidentiality as much as possible. If the report has merit, disciplinary action against the offender could range from a warning to termination.

Our top management believes in the value of a diverse workforce, a workplace free of sexual harassment and other forms of harassment, and Equal Opportunity because they make good business sense and they are the right things to do.

I have read and understand the above policies.

_____     Date _____10/18/94_____
Employee's Signature                              Date

_____Ronald R. Febon_____     _____Operations Consultant_____
Employee's Name Printed (print legibly)           Employee Position

t:711\mnrs\bps\ndsh\spl

## McDonald's Philosophy

McDonald's wants to make all employees aware of the issues of discrimination, harassment and sexual harassment in the workplace. Our goal is to promote a business environment of mutual respect. McDonald's top management believes in the value of a diverse workforce, equal opportunity and a workplace free from discrimination and all forms of unlawful harassment for our employees, suppliers, vendors and customers. These values make good business sense, promote positive working and business relationships, and they are the right thing to do.

Sincerely

_____

## Your Pledge

I have read and agree to comply with **McDonald's Zero Tolerance Policy Regarding Discrimination and Sexual Harassment**. I will not engage in any form of discrimination, harassment or sexual harassment covered under this policy, and I will immediately report any form of discrimination, harassment or sexual harassment that I may experience or witness as set out in the *Employee Recourse* section of McDonald's *Zero Tolerance Policy*. I will strive to do my part to promote a business environment of mutual respect at McDonald's.

_11/10/97_
**Date**

_[signature]_
**Employee's Signature**

_Timothy K Michaud_
**Employee's Name (Print)**

_____

This McDonald's reserves the right to amend or modify this policy at any time without prior notice. This policy does not create any contractual obligations between this McDonald's and its employees. At this McDonald's, your employment is at will. This means that you are free to terminate your employment at any time, for any reason, and this McDonald's retains the same right.

### Detach and File in Employee's Personnel File

Rev. 1996

# NON-DISCRIMINATION/HARASSMENT POLICY

It is McDonald's philosophy and policy to treat employees and applicants for employment fairly and without regard to race, color, sex, religion, national origin, age, disability, veteran status, or any other prohibited basis. Discrimination against any employee or applicant based on any of these conditions will not be tolerated. This applies to all employment practices including recruiting, hiring, pay rates, training and development, promotions, and other terms and conditions of employment and terminations.

McDonald's will not tolerate any form of harassment, joking remarks, or other abusive conduct directed at employees because of their race, color, sex, religion, national origin, age, disability, or other prohibited basis. Harassment includes verbal or physical conduct that demeans or shows hostility toward an individual because of his/her race, color, sex, religion, age, disability, or other prohibited basis and that creates an intimidating, hostile, or offensive work environment, unreasonably interferes with an individual's work performance, or otherwise adversely affects an individual's employment opportunities.

McDonald's prohibits sexual harassment of any employee. Sexual harassment is prohibited because it is intimidating, is an abuse of power, and further, is inconsistent with McDonald's policies, practices, and management philosophy. Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and certain other verbal or physical conduct which is sexual or based on gender. Sexual harassment can include the following:

- Sexual conduct, whether verbal or physical, that interferes with another person's work performance or creates an intimidating, hostile, or offensive work environment or adversely affects another person's employment opportunities.
- An employment decision (e.g., promotion, raise, scheduling) made by a supervisor based on the employee's submission to or rejection of sexual advances.
- Submission to a sexual advance used as a condition of keeping or getting a job, whether expressed in explicit or implicit terms.
- Conduct that denigrates or shows hostility or aversion to a person because of his/her gender and creates an intimidating, hostile, or offensive work environment.

Any employee who feels subjected to discrimination or harassment should immediately report it to management, including their Human Resources representative, their immediate supervisor, or their supervisor's supervisor. We encourage employees to freely report such incidents to any or all of these people and prohibit retaliation for making or being a witness to such a report. We will investigate such reports thoroughly with regard to confidentiality as much as possible. If the report has merit, disciplinary action against the offender could range from a warning to termination.

Our top management believes in the value of a diverse workforce, a workplace free of sexual harassment and other forms of harassment, and Equal Opportunity because they make good business sense and they are the right things to do.

I have read and understand the above policies.

_____     5/16/96
Employee's Signature                          Date

Carl Field                                          2ᴺᴰ Assistant
Employee's Name Printed (print legibly)     Employee Position

f:r71hmnrs\bps\ndshrspl

```
PRM5 PRS00425            McDonald's Employee Management System         11/26/01
     PRS0425                    EMPLOYEE JOB HISTORY                   12:57:55

*Employee SSN: 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   MELISSA K BURFORD
                                           Level    Loc/Job    Eff Loc/Job
  Site   Dept Mcopco     WATERFORD   Job    /Type   Eff Date   Rsn End Date
------- ---- ------ ---------------------- ------- ---------- --- ------------
0060344 0500 06427  CERT. SWING MGR.       01 N C  07/23/2001     08/09/2001
0060040 0500 02707  CERT. SWING MGR.       01 N C  02/19/2001 LT 07/23/2001
0060040 0500 02707  CREW PERSON            01 N C  11/28/2000     02/18/2001




------------------------------------------------------------------------------
F1=Hlp F3=Ext F4=Prmpt F5=Rfrsh F6=Msg F7=Backwd F8=Forwd F12=Inquiry F15=Logff
F20=Location Hist  F22=Wage Hist  F23=Review Hist  F24=PI Hist         CMD:
I-PRS00291 NOTE: EMPLOYEE TERMED AS OF 08/09/2001                            +
4-©              1 Sess-1    152.140.190.72        ATCP0228         4/17
```

## Zero Tolerance Policy Regarding Discrimination and Sexual Harassment

McDonald's has zero tolerance for unlawful discrimination, including harassment and sexual harassment. Employees who violate this policy will be disciplined up to and including termination.

## McDonald's Prohibits Discrimination

McDonald's strongly believes that employees and applicants for employment should be treated fairly and without regard to race, color, sex, religion, national origin, age, disability or veteran status. Discrimination against any employee or applicant based on any of these conditions will not be allowed or tolerated. This applies to all employment practices including recruiting, hiring, pay, training and development, promotions and other terms and conditions of employment and terminations. Discrimination or harassment of a McDonald's employee, whether by another employee, supplier, vendor or customer, will not be tolerated.

## McDonald's Prohibits Harassment

McDonald's will not tolerate any form of harassment, joking remarks or other abusive conduct (including verbal, non-verbal, or physical conduct) that demeans or shows hostility toward an individual because of his/her race, color, sex, religion, national origin, age, disability, veteran status or other prohibited basis and that creates an intimidating, hostile or offensive work environment, unreasonably interferes with an individuals' work performance or otherwise adversely affects an individuals' employment opportunities.

## McDonald's Prohibits Sexual Harassment

McDonald's has zero tolerance for any form of sexual harassment of any employee, whether male or female. Sexual harassment is prohibited because it may be intimidating, and abuse of power, and is inconsistent with McDonald's policies, practices and management philosophy. Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal, non-verbal or physical conduct which is sexual or based on gender if that conduct which is sexual or based on gender if that conduct could reasonably offend another person, whether or not such conduct was intended to offend. Examples of sexual harassment can include the following:

- Verbal harassment, including jokes, comments or threats relating to sexual activity, body parts or other matters of a sexual nature.
- Non-verbal harassment, including staring at a person's body in a sexually suggestive manner, sexually related gestures or motions and/or circulating sexually suggestive material.
- Physical conduct, including grabbing, holding, hugging, kissing, tickling, massaging, displaying private body parts, unnecessary touching or other unwelcome physical conduct.
- An employment decision (including promotion, demotion, compensation, scheduling) made by a supervisor based on the employee's submission to or rejection of sexual conduct.
- Submission to sexual conduct as an implicit or explicit condition of getting or keeping a job.
- Conduct that denigrates or shows hostility or aversion to a person because of his/her gender and creates an intimidating, hostile or offensive work environment.
- Any other sexual conduct that unreasonably interferes with another person's work performance or creates an intimidating, hostile or offensive work environment or adversely affect another person's employment opportunities.

## Application of McDonald's Zero Tolerance Policy

All employees are required to adhere to McDonald's policy prohibiting discrimination and harassment while on McDonald's premises, engaging in work-related activities, company-sponsored training or other functions, and at non-company activities when conduct at these activities would affect the work environment.

## Employee Recourse

Any employee has the right and is encouraged to tell any McDonald's employee in a professional manner to stop behavior towards him/her that the employee believes to be discriminatory, harassing and/or offensive. Any employee who feels subjected to discrimination or harassment should immediately report it to their Human Resources representative. As an alternative to Human Resources, employees may report their complaint to their Regional Manager or officer in charge. McDonald's will investigate any report thoroughly, with sensitivity to confidentiality. If the report has merit, McDonald's will take corrective action, including, but not limited to, disciplinary action against the offender ranging from a warning to termination.

## Management's Responsibility

It is the responsibility of every employee to prevent discrimination and harassment. Management employees who witness or receive reports of discriminatory or harassing behavior are required to take appropriate action, including immediately reporting such behavior to local Human Resources, the Regional Manager or the officer in charge. Management employees who fail to promptly report such behavior may be subject to discipline.

## McDonald's Prohibits Retaliation

McDonald's encourages employees to freely report incidents of discrimination or harassment without fear of reprisal. McDonald's prohibits retaliation against any employee who has made a complaint about harassment or discrimination or has cooperated in the investigation of such a complaint. Retaliation includes any employment decision or other conduct made with the intent to punish an employee for complaining about or assisting in the investigation of discrimination or harassment.

## McDonald's Zero Tolerance Regarding Employee Treatment of Customers, Suppliers and Vendors

McDonald's employees are prohibited from discriminating against or harassing customers, suppliers and vendors based on race, color, sex, religion, national origin, age, disability or any other unlawful reason, both in the course of work-related activities and at company-sponsored training or functions. Management employees who witness or receive reports of discriminatory or harassing behavior are required to take appropriate action, including immediately reporting such behavior to Human Resources, the Regional Manager or the officer in charge.

Violating this policy will lead to disciplinary action up to and including discharge. This policy creates no contractual rights on the part of any person.

Our Top management believes in the value of a diverse workforce, equal opportunity and a workplace free of discrimination and all forms of unlawful harassment because these values make good business sense and they are the right things to do.

| _Buford_ 11-28-00 | |
|---|---|
| Employee's Signature    Date | Manager's Signature    Date |



# McDonald's Corporation
## Does not tolerate unlawful Discrimination or Harassment, including Sexual Harassment.

If you feel you have been the victim of discrimination or harassment, help is available by calling:

Bob Pennington
Human Resources
(781) 461-4741

```
PRM5  PRS00425              McDonald's Employee Management System          11/26/01
      PRS0425                    EMPLOYEE JOB HISTORY                      15:31:53

*Employee SSN: 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    CARL K FIELD

                                NIMNTIC            Level   Loc/Job    Eff  Loc/Job
  Site   Dept Mcopco            C-I      Job       /Type   Eff Date   Rsn  End Date
-------- ---- ------  --------------------------  -------  ---------  ---  ----------
0060148  0500 02716   STORE MANAGER                05 E M  07/15/2001      09/28/2001
0060284  0500         STORE MANAGER                05 E M  02/27/2000      07/14/2001
0060158  0500 04558   FIRST ASST STORE MGR         03 E M  01/02/2000      02/26/2000
0060203  0500 02720   FIRST ASST STORE MGR         03 E M  08/16/1998  PR  01/01/2000
0060203  0500 02720   SECOND ASST STORE MGR        02 E M  02/15/1997      08/15/1998
0060284  0500 02722   SECOND ASST STORE MGR        02 E M  05/16/1996  PR  02/14/1997
0060284  0500 02722   CREW PERSON                  01 N C  04/26/1996      05/15/1996




----------------------------------------------------------------------------
F1=Hlp F3=Ext F4=Prmpt F5=Rfrsh F6=Msg F7=Backwd F8=Forwd F12=Inquiry F15=Logff
F20=Location Hist  F22=Wage Hist  F23=Review Hist  F24=PI Hist         CMD:
 I-PRS00291 NOTE: EMPLOYEE TERMED AS OF 09/28/2001                           +
4-©             1 Sess-1    152.140.190.72         ATCP0228           4/17
```

# McDonald's.
### SERVICE CENTER M

**Salary, Job, Location Change**
*(for promotions, transfers, and other changes)*
**(EO 52.1)**

| Employee Information | NAME: MereDith Timothy J    SSN: 224 25 7297 |
|---|---|

CURRENT LOCATION: ☐ REGION#: __ ☐ DIVISION#: __ ☐ HOME OFFICE

DEPARTMENT#: ___ NATIONAL STORE#: 01 223

---

**Section I:**
**CSD Change/ Status**

NEW CSD (MM/DD/YY): ___
☐ BREAK IN SERVICE
☐ CREDIT FOR PAST SERVICE
NEW RSD (MM/DD/YY): ___

NEW STATUS: ☐ FULL-TIME (FT)
☐ PART TIME SALARIED WITH BENEFITS (PS)
☐ PART TIME HOURLY WITH BENEFITS (PB)
☐ PART TIME WITHOUT BENEFITS (PT)

---

**Section II:**
**Performance Review**
**(PA 26.1)**

RATING: Good    DATE OF REVIEW (MM/DD/YY): 7 | 15 | 01

REVIEW TYPE: ☐ PERFORMANCE REVIEW  ☒ INTERIM UPDATE  ☐ PERFORMANCE IMPROVEMENT

NEXT PERFORMANCE REVIEW DATE: ___    NEXT REVIEW TYPE: ___

---

**Section III:**
**Salary Change**

*For lump sum increases, use Special Check Request Form.*

Effective Date (MM/DD/YY): 7 | 15 | 01

Salary Changes must be effective with the pay period begin date. See page 2 for a list of dates.

Is this the region/department's common review date? ☐ YES ☒ NO

| Pay Category | | ANNUAL | | HOURLY | |
|---|---|---|---|---|---|
| | | Amount | New Salary | Amount | New Rate |
| Base | Current Rate of Pay | $ | XXXXXXXX | $ 9.00 | XXXXXXXX |
| Merit Increase | Increase Amount | $ | $ | $ | $ |
| Band to Band | Promotion (One Band to Another) | $ ▓▓▓ | $ 27000. | $ | $ |
| | Demotion (One Band to Another) | $ | $ | $ | $ |
| In-Band and Other Adjustments | Adjustment to Minimum | $ | $ | $ | $ |
| | Adjustment for Development/Skills Enhancement | $ | $ | $ | $ |
| | Internal Equity Adjustment | $ | $ | $ | $ |
| | External Equity Adjustment | $ | $ | $ | $ |
| | Other Adjustment | $ | $ | $ | $ |
| | Salary Reduction | $ | $ | $ | $ |

---

**Section IV:**
**Job Change**

NEW JOB TITLE CODE (Use 5 digit code): 00643    EFFECTIVE DATE (MM/DD/YY): 7 | 15 | 01

REASON (Check One): ☒ PROMOTION  ☐ DEMOTION  ☐ LATERAL MOVE
☐ ADJUST FOR DEV/SKILLS ENHANCEMENT

---

**Section V:**
**Location Change**

Location Information:

New State/Site #: 0 __ __ /    Mail Code: ___    Effective Date of Transfer (MM/DD/YY): ___

New Region #: ___    New Dept. #/National Store #: ___

Work Location (City/State): ___

Location changes must be effective with the pay period begin date. See page 2 for a list of dates.

Location Change Reason:
☐ Store to Store    ☐ Dept. to Dept.    ☐ Region to Region
☐ Store Relocation    ☐ Temporary Ownership    ☐ State Site Changed    ☐ Sale of Store

---

**Approval**

DEPARTMENT HEAD: *(signature)*    DATE: 7 | 14 | 01

REQUESTED BY: *(signature)*    TELEPHONE #: 1-860-508-2313

**Submitted by** HUMAN RESOURCES: *(signature)* P. G    (780 329-1400  7/16/01

Please forward this completed form and all required attachments (if applicable) to:
McDonald's Service Center Dept. 238, McDonald's Corporation, 2111 McDonald's Drive, Oak Brook, IL, 60523
Telephone #: (877) 623-1955    Fax #: (630) 623-5027    E-mail: Mc Service Center@mcd.com

**FORM 6553    1/1/01**

Melissa K Binford

My name is Melissa Binford. I have worked for McDonalds in Groton since Nov 2000. I did work for McDonalds before for 4 years earlier. I was certified as a swing manager January 19, 2001. I am writing this statement due to treatment by Carl and Tim Michaud.

My problems with Carl began after I gave my two weeks notice. Carl changed after this happened. I gave notice due to Cox procedures, short handed shifts and no action by the managers to correct. Ike & Ron know about store problems the day I made the TSP entry. Carl, Ron and I met to discuss the schedule changes. Carl would not accept my notice and he left me messages at my home. I had picked up Julitiz' uniforms since she would not come back to the store. When I brought the uniforms the same day. Carl was mad that I did not call him back but I didn't since I was going to be at the store. I was also upset that Carl tossed a phone and papers toward me after the meeting with Ron because he was mad.

I walked into the office to enter an TSP write up on Paulina and Carl stood in the office door for 15 minutes, blocking the door by putting his hands on both door frames. He then sat on desk and asked me to stay and apologized. When I took back the notice, he yelled and called me a brat

(2)

## LaMelissa K Burford

Two or three days later while I was counting drawers, Carl made a joke in front of me, Tammy, Cassie and Tanya. Tanya commented that Carl should kiss my butt. They witnessed that Carl looked at my behind and said I had a small ass and it would only take 2 seconds to kiss my ass. When alone he said that I would like it. I then walked out of the office.

About two weeks after my notice, I came in on my day off (Saturday). They were very busy. I started helping and the store was very hot. I asked Carl to turn up the A/C. Earlier Carl had taken cigarettes from my purse, which he did after. Carl responded by rubbing my shoulders. I asked him what he was doing and he responded that he was giving me a massage. I asked him to stop and not to touch me unless I asked him to.

On Memorial day, I was working with Tammy, Stacey, Meh, Freddie, Joanne, Lois and Carl who was out of uniform. I don't know why, but Carl told me and Tammy that we had the same responsibility for taking care of flowers. Carl then said that he would dye his hair red to match other people in the store. Carl told me he would dye his crotch hair red and we would be good when we got together. Carl also did not want me placed in the store because he could not float and touch me.

These things happened every shift
we worked together and three or four times
a shift. At one meeting with managers
I was wearing a shirt that showed part of
a tatoo that is on my chest. Carl said he
was determined to see the whole tatoo and
also my boobs. He then made a motion
like he would look down my shirt. He
did this a couple of times.

    I have heard Carl use the spanish word
for pussy when asking a hispanic employee for
lettuce. Carl also used the f-word a lot in
the store. I also feel Tim force Cassie to quit
and employees of color get 10¢ raises and
white employees get 75¢ to $1.00. No one has
a panic necklace.

    I am upset that Richard was allowed
paid vacation and that I am not allowed. Richard
has been a swing for a month and a half longer
than me. Carl offered me an assistant
managers position after I came back from
leave. He told me I was next in line. Tim
also offered me the position after an arguement
and a discussion at the dumpster. When
I came back from a funeral leave, Timmy was
already promoted to the assistants position
that I was promised.

                    Melissa R. Burford
                    MELISSA R. Burford    7/18/01