75

1    the next person it was their job to do the food safety

2    book, they were telling me, no, I had to start doing

3    that.  It was my position to make sure those books got

4    done.  It was a bunch of that kind of stuff that was

5    going on and I felt, why do I have to take the slack

6    for everybody else?  They needed to do their job, too.

7  Q.  You gave notice because of that?

8    A.  Yes.

9  Q.  When was that?

10    A.  June, I believe.  I'm not positive.  I know it was

11    somewhere around there, because I know one of the

12    other managers, Julita, had quit.  She had taken all

13    she was going to take and I had stopped over at her

14    house.  She had asked me if I would bring her her

15    paycheck.  So I had given her her paycheck and she'd

16    given me her uniforms the day I gave notice.  I

17    stopped home long enough to let Mike know that I was

18    taking the uniforms to work, and he said that Carl had

19    called a couple of times and I said, 'There's no sense

20    calling him, I'm going into the store, I'll talk to

21    him when I get there.'  He thought I was quitting

22    right there on the spot.  He thought they were my

23    uniforms.  I said, 'No, they're Julita's.'  I took

24    them back, put them in -- I hung them on the uniform

ALLIED COURT REPORTERS, INC.  (401) 946-5500

80

1   like me, that everybody felt that they could work with

2   me. So he didn't want to lose me.

3   Q. This was after you had had a discussion with Carl

4   about becoming a second assistant?

5   A. Yes.

6   Q. You hadn't given notice because of any personal issues

7   between you and Carl?

8   A. No. I mean, he had already done some of the

9   things to me at that time, but it had nothing to do

10  with that, no.

11  Q. What had he done prior to June when you gave your

12  notice?

13  A. An incident of him sticking his tongue out at me.

14  I mean, a lot of people in the store, you know, joking

15  around, they would stick their tongue out and go,

16  Nah-nah. I thought that's what he was doing. So I

17  stuck my tongue back out at him, thinking, okay,

18  nah-nah. Well, he came up to me and said to me he

19  wanted to know -- he said that he knew how to use his

20  tongue, that he wanted to find out how I used my

21  tongue, and that he was going to find that out. That

22  was one of the incidents.

23  Q. Was this the first incident?

24  A. Yes.

ALLIED COURT REPORTERS, INC. (401) 946-5500

1    Q.  I'm curious, because I've seen the statement that you

2        wrote after --

3        A.  I didn't write that statement.

4    Q.  You signed the statement?

5        A.  Right.

6    Q.  You read the statement before you signed it?

7        A.  No, I didn't.  He told me that Steve Goulard said

8        everything that I had said to him was in this

9        statement.  He said, 'Go ahead and sign it.'  So

10       that's what I did.

11   Q.  You didn't read it?

12       A.  No, I didn't.

13   Q.  Why not?

14       A.  Because he told me, he said -- I watched him write

15       while we were talking.  So he told me that everything

16       that I had said was in there, so I took him for his

17       word.

18   Q.  Did he tell you that you couldn't read it?

19       A.  No, he didn't say anything about reading or not

20       reading, he said that I needed to sign it.  He was

21       writing it down, that I didn't have to, and I was just

22       to sign.  I had never been through anything like this

23       before.

24   Q.  So you chose not to read it?

ALLIED COURT REPORTERS, INC.   (401) 946-5500

84

1     A.   I didn't know I was supposed to, so I signed the

2     paper.

3  Q.   I'm curious, because in that document you said that

4     everything was fine with Carl until you gave your

5     notice, and then things started happening?

6     A.   He started doing mean things, yes.  It got worse

7     after I had given my notice, yes.

8  Q.   So, is the statement not accurate if it says

9     everything was fine with Carl until you gave your

10    notice?

11    A.   I mean when he done these things to me and I asked

12    him not to, he pretty much had laid off for awhile.

13    He, you know, stopped.  He didn't do any more until

14    after I had given my notice, then all of it started

15    all back up again.

16  Q.   So what else did he do before you gave notice?

17    A.   He'd come up and tap me on the butt.  I told him,

18    I said, 'Please don't do that.'  To me, I felt that

19    was very inappropriate.  He told me --

20  Q.   How many times did he do that?

21    A.   Offhand, I couldn't even saw how many times he had

22    done that, I'm not sure.  All I remember is him

23    tapping me on the butt.

24  Q.   Was it more than ten times?

85

1      A.   I'm not sure.

2    Q.   Did you complain to anybody about that?

3      A.   Yes, I did, I complained to a lot of people.   I

4    told crew members that this was going on.

5    Q.   Did you complain to any managers?

6      A.   Vern.

7    Q.   What did Vern say?

8      A.   Vern said he would talk to him.

9    Q.   Did you ever complain to Ron Fedor about that?

10     A.   Later on when all this, when more stuff started

11   happening, yes, I did complain to Ron Fedor.   He kept

12   telling me that Tim was coming back, give it a little

13   bit of time, this kind of stuff had to be settled in

14   this store.

15   Q.   Who told you that?

16     A.   Ron Fedor.

17   Q.   When did you first --

18     A.   I called Ron's cell phone on several occasions

19   from the store telling him this was going on.   I also

20   called him from home.   I even asked Ron Fedor to

21   transfer me like five times, asking him, 'Transfer me

22   out of the store.   I can't work with this man no

23   more.'   He just kept telling me, 'Give it time, Tim is

24   coming back.'   Then it was, 'Give it ten days, Tim

ALLIED COURT REPORTERS, INC.   (401) 946-5500

86

1    will be back in ten days, then Ron will be gone or

2    Carl will be gone, and everything will be okay.'  He

3    said all this had to be settled in the store.  He said

4    when Tim got back, tell Tim what was going on.  So I

5    did, and I got told I was full of shit.

6  Q.  Before you gave notice, you told about the tongue

7      incident and you told about patting you on the rear?

8      A.  He was telling me to kiss his ass many times, too.

9  Q.  How did he say that?

10     A.  I would be in the -- I know a couple of times I

11     was in the office doing my deposits and he'd come in

12     and say, 'Aren't you done yet?'  I'm like, 'Almost.'

13     All of a sudden, someone else would walk by and he

14     would say kiss my ass to them, then he would come to

15     me, and say, 'You can kiss my ass, too.'  He said, 'To

16     kiss your ass wouldn't take very long because you have

17     a nice little ass.'  Comments like that.

18 Q.  How many times would he do that?

19     A.  Quite often, almost every day that I was there

20     with him.

21 Q.  This was all before you gave notice?

22     A.  No.

23 Q.  So it started before you gave notice?

24     A.  It started, but it got worse after I gave notice.

ALLIED COURT REPORTERS, INC.    (401) 946-5500

87

Q.  You said a minute ago that he did things and then you
told him to stop?

A.  And then it had stopped.  After I gave my notice
is when it really, really started.

Q.  I'm trying to understand the sequence of events.  You
said the tongue incident was a couple of weeks after
he got there?

A.  Yes, it was after Tim had already left for his
sabbatical.

Q.  So that happened.  At the same time he was patting
your rear?

A.  Yes.

Q.  At what point did he stop patting your rear so things
got better for awhile?

A.  I think it was after Lori had left because he was
having problems, he felt that the store was falling
apart and he was going to get yelled at.  So he, I
don't know, he stopped doing a bunch of things.  He
started getting nasty with people, saying this has got
to be done.  He had laid off for awhile because like I
said, the store was starting to fall apart and because
people were quitting and walking out.

Q.  At what point did things get better?

A.  While that was going on.

88

Q.  Can you give me a month that that happened?

A.  Offhand, no.

Q.  What else happened after Tim left but before things got better for a while?

A.  I think that was all that happened in that time period.

Q.  The tongue incident and the patting on the rear?

A.  And telling people to kiss his ass all the time.

Q.  How long did things calm down?

A.  About three weeks, it was about three weeks after I had given my notice.

Q.  Three weeks after you gave your notice?

A.  I think so, I'm not sure.  So much had happened during that time period that I don't know.  I just got to the point that I wanted out.  I just wanted away from that man, so, you know, it's -- I can recall like certain things that happened, but I can't tell you exactly when it stopped and when it started.  I can't tell you that, I don't know, because he'd done so much to me.

Q.  Did he ever make any tongue comment other than that first time?

A.  No.

Q.  So, prior to your giving notice you got the tongue

ALLIED COURT REPORTERS, INC.   (401) 946-5500

1    incident, the patting on the rear, and the kiss my ass

2    comments?

3    A.  Yes.

4  Q.  Which he made to many people, you said?

5    A.  Yeah, mostly it was only to women, certain women

6    he did it to.  He'd stand there and make comments

7    about customers coming through drive-thru, or they

8    were walking into the store, too.

9  Q.  Did you complain to Louise Sheriff about the tongue

10    incident?

11    A.  No.

12  Q.  Why not?

13    A.  Because she was pretty much buddy-buddy with Carl,

14    they were pretty much friends.  She had worked with

15    him before and I didn't know if I could trust her.

16  Q.  You didn't try?

17    A.  No.  Because I figured I had gone to Vern, and

18    Vern said he would try to get it taken care of.

19  Q.  After you -- strike that.  I saw something somewhere

20    about you making an ISP entry, do you know what that

21    is?

22    A.  Yes.

23  Q.  What was that?

24    A.  That is how I did my notice to quit.

ALLIED COURT REPORTERS, INC.   (401) 946-5500

90

1    Q.  What does ISP stand for?

2        A.  It's our computer.

3    Q.  You had made an entry in the computer that you were

4        quitting?

5        A.  To Carl, it was a note to Carl telling him that I

6        was quitting.

7    Q.  After you gave your notice what did Carl do that

8        bothered you?

9        A.  After I said I'd stay, you mean?

10   Q.  How did you come to the decision to stay?

11       A.  He told me things would be better, that, you know,

12       he couldn't afford to lose me, that I was one of the

13       best managers there and they needed me.  And I told

14       him, I said, as long as everything quits, you know,

15       and everybody was doing their job, and not everything

16       was being put on my shoulders, that because I was

17       coming into a store that was pretty much trashed every

18       morning and they weren't even punishing this manager

19       for not doing his job.

20   Q.  Who was that manager?

21       A.  Richard.

22   Q.  Richard who?

23       A.  Wormzer.

24   Q.  Is he related to Suzy Wormzer?

ALLIED COURT REPORTERS, INC.   (401) 946-5500

92

1    enough and got transferred.  She was transferred to

2    New London.

3   Q.  So, after you agreed to stay at the Groton store, what

4       did Carl do that bothered you?

5       A.  The stuff had started up again.

6   Q.  What stuff?

7       A.  I would be in the stockroom getting stuff for to

8       restock, because it was, I had to make sure everything

9       was restocked before my shift was over, or if we were

10      shorthanded and we needed cups or ice, I was the shift

11      manager, I had to go and get this.  I was the only one

12      free enough to go and get this stuff if everybody else

13      was busy.  He would come back there and rub his body

14      up against me, telling me I had a sweet little ass,

15      things like that.

16  Q.  How often did he do that?

17      A.  Almost every day.

18  Q.  Over how long a period of time?

19      A.  Until I left.

20  Q.  So he did that while Tim was there?

21      A.  No, once Tim came back and I told Tim what was

22      going on, that portion of it had stopped.  But other

23      harassment started.

24  Q.  What else did he do between the time that you agreed

ALLIED COURT REPORTERS, INC.    (401) 946-5500

93

1    to stay and the time that Tim returned?

2    A.   We'd have managers' meetings on Tuesday afternoon.

3    And like with this outfit, a little bit of my tattoo

4    sticks out, he would make comments about that, that he

5    was going to find out what that tattoo on my chest

6    was.  One of these days he was going to find out what

7    it was.  Things like that.  He would make comments

8    like that to me at the managers' meetings.

9  Q.  How often did he make a comment like that?

10    A.   I wouldn't say every meeting, but it was almost

11    like every other meeting he would make comments like

12    that.

13  Q.  How long was it between the time you agreed to stay

14    and the time Tim came back?

15    A.   I'm not sure, I'm not sure exactly how much time

16    was in there.

17  Q.  What else did he do between the time that you agreed

18    to stay and the time that Tim came back?

19    A.   I had come in on some of my days off, like on

20    Saturday they would be shorthanded and my one neighbor

21    would watch my daughter for me so I would come in and

22    put in a few hours for them.  I know the one day I

23    came in on a Saturday they were shorthanded in the

24    grill, so I was back there assembling sandwiches and

ALLIED COURT REPORTERS, INC.   (401) 946-5500

94

1  cooking meat. And he had walked up and put his hands

2  on my shoulders and started rubbing them and such. I

3  turned and looked at him and said, 'What do you think

4  you're doing?' He said, 'You look tense and tight

5  like you need a massage.' I said, 'If I want a

6  massage, I'll ask for it. Don't touch me like that

7  again.' It was maybe ten minutes later he had his

8  hands on my shoulder again, and I told him not to

9  touch my again. 'Don't ever do that again.'

10  Q.  Did he ever do it again?

11  A.  After that, no.

12  Q.  Did you ever see him give anybody else in the store a

13  massage?

14  A.  Yes, and they all said the same thing, 'What are

15  you doing? Don't be touching me.'

16  Q.  Everyone said that?

17  A.  Yes.

18  Q.  What else did he do between the time that you agreed

19  to stay and Tim returned?

20  A.  On Memorial Day, Tammy had dyed her hair red.

21  Louise already has, I think, I believe she dyes her

22  hair red, too, I'm not sure. But that made all three

23  of us managers with red hair. And he made the comment

24  that he was going to dye all of his hair red, he said,

95

1    including down there.  Then he looked at me and said,

2    'That will make us hotter in bed together.'

3  Q.  That was after you gave notice?

4    A.  I believe so, I'm not sure.  Like I said, it's

5    all, you know.

6  Q.  Did you complain to anybody about that comment?

7    A.  Yes.

8  Q.  Who did you complain to?

9    A.  Well, Tammy was back there, I don't know if she

10    actually heard him say the rest of that to me or not.

11    I said it to her, I told her, I said I couldn't wait

12    to go home.  I said something to Stacey about it.

13    There was a bunch of people at the store that I said

14    that was very inappropriate.  I don't believe that you

15    should be talking like that to anybody, that's not

16    proper manners to talk like that in a store, or in any

17    business, you know?

18  Q.  Did you complain to Vern about that?

19    A.  Yes.

20  Q.  What did Vern say?

21    A.  I know Vern had told Carl to back off of me and to

22    leave me alone.  And when it didn't stop, that's when

23    I started calling around Ron Fedor and asking for him

24    to transfer me.

ALLIED COURT REPORTERS, INC.  (401) 946-5500

98

A.   Five, I believe it was five times.

Q.   Including July 17, that last day?

A.   Yes.

Q.   What else did Mr. Field do between the time you agreed
to stay and the time that Tim came back?

A.   I know when I would come in for managers'
meetings, I would -- I felt that you should dress up
for manager meetings, you shouldn't come in like in
blue jeans and T-shirt.  I would wear sweaters that
would button up, nice shirts.  He would make comments
that he would want to look down my shirt.

Q.   How many times did he do that?

A.   Quite a few.

Q.   What else did he do during that period of time?

A.   He'd done so much stuff to me.  I'm not sure.  I
think that's pretty much everything that he was doing,
was the touching, the rude comments.

Q.   Then Tim came back?

A.   Yes.

Q.   What happened when Tim came back?

A.   I sat down with Tim and he had -- they have two
big round corner booths.  So he took me over to the
one corner booth and sat me down and asked me what was
going on.  I proceeded to tell him everything that had

ALLIED COURT REPORTERS, INC.   (401) 946-5500

99

1   happened.  And he pretty much come out and told me

2   that I was full of shit, that I was lying, that none

3   of this ever happened.

4   Q.  Did he say why he didn't believe you?

5   A.  I found out later that him and, I guess him and

6   Carl had been friends and he was taking Carl's side.

7   Carl was saying that nothing happened, that I was just

8   lying about everything.

9   Q.  How did you find that out later that they were

10  friends?

11  A.  Through some of the crew members.

12  Q.  Who told you that?

13  A.  I believe Louise told me that they were friends, I

14  believe she was one of them.  And they had both worked

15  at McDonald's Corporation for so many years, they had

16  worked together before.

17  Q.  They had worked in the same store before?

18  A.  From what I understand, yes.

19  Q.  Who do you understand that from?

20  A.  Just from people talking in the store.

21  Q.  They never told you that themselves?

22  A.  No.

23  Q.  Did Carl do anything that bothered you after Tim

24  returned?

ALLIED COURT REPORTERS, INC.  (401) 946-5500

100

1     A.   Yes.

2   Q.  What did he do?

3     A.  Him and Tim would make jokes about me.

4   Q.  What kind of jokes?

5     A.  We were at a managers' meeting, this was after I'd

6     already had put in two-week notice for the week off of

7     July 4th.  My family was coming out, I hadn't seen

8     them in two years.  Tim told me I couldn't have it,

9     the week off, he said I wasn't eligible for the

10    vacation.  I said, I don't care if I got paid for it,

11    I just wanted the week off because my family was

12    coming out.  He told me I couldn't have it.  So at the

13    managers' meeting, this was after the 4th, the 4th had

14    already passed, Louise was up for her week vacation,

15    not that week, but the next week she was taking her

16    paid vacation.  And both Tim and Carl, they're like

17    whispering to each other, then Tim says to Louise,

18    'You know, I'm going to take your paid vacation from

19    you, too, you can't take next week off either, you're

20    going to have to work.'  Then they would both start

21    snickering and laughing at me.  Then Carl went to make

22    a sexual comment, he started to say and he said,

23    'Oops, I can't do that, that's sexual harassment.'

24   Q.  What did he start to say?

101

1    A.   He was making a comment about a woman that was

2    walking, one of the female customers, something about

3    her body, I'm not sure exactly what it was now, but it

4    was something about her body.  That's when he said, 'I

5    can't do, that's sexual harassment.'  I know that

6    upset Vern and some of the other managers because most

7    of the managers were looking at them like, this isn't

8    appropriate.  They knew they were all making fun of

9    me.

10   Q.   How was Carl making fun of you by saying that?

11   A.   The sexual harassment, because I had already

12   complained about the sexual harassment.  He would walk

13   past me and be like, 'I can't do that, you'll accuse

14   me of sexual harassment again.'  Things like that.

15   They made it very uncomfortable to work there.

16   Q.   You did take time off in July, didn't you?

17   A.   Yes, for a family funeral.  I went back home, my

18   brother-in-law had drowned.

19   Q.   Was there anything that Carl did after Tim returned?

20   A.   Just those rude comments.  They were not very

21   friendly to me.  I don't know, they made me feel not

22   welcome.  If I would make one mistake they were very

23   hard on me.  It was stuff like that.

24   Q.   Can you give me an example?

ALLIED COURT REPORTERS, INC.   (401) 946-5500

106

1    locks on your uniform closet, on the back doors.

2    There was a key in the office and the safe that you

3    could take out to open the one back door to take the

4    garbage out, but the swing manager was not allowed to

5    have that key in their key ring.  There was keys to

6    the side door and freezer door for when the shipments

7    come in.  Swing managers don't have those keys.

8  Q.  You said another manager won't show up until nine

9    o'clock?

10   A.  As a swing manager when you open the store, there

11   are some things that you don't have to have access to

12   when you first open the store.

13 Q.  So you're saying that at some point Carl gave you

14   additional keys?

15   A.  Yes.

16 Q.  Did he say why he was giving them to you?

17   A.  He said because since I was in the process of

18   becoming the second assistant.  They had already given

19   me the book work for the second assistant manager.

20   You have to do book work and schooling before you can

21   become a manager, so you have to do this book work at

22   home.  So, he'd given me that, he said that I needed

23   access to the uniform closet because I was now going

24   to be in charge of giving the crew members their

107

1   uniform, because that's part of being a second

2   assistant.  He gave me keys to the closet out front

3   for all the chemicals and stuff, the mops, everything

4   is in there.  I had keys to open all the doors now.  I

5   had all of it, and I never had those keys before.

6   Q.  At what point did he give you those keys?

7   A.  After the second time of telling me that I was

8   going to be the second assistant manager.

9   Q.  When was that?

10  A.  The second talking that we had, I'm not sure

11  exactly when that was.

12  Q.  Was that before or after you gave notice?

13  A.  I think it was after, I'm not positive.

14  Q.  Was it before Tim returned?

15  A.  Yes, it was before Tim returned.

16  Q.  It was after you gave notice and before Tim returned?

17  A.  Yes.

18  Q.  Who bought you the shoes?

19  A.  Carl did.  Carl told me that I needed the shoes

20  because assistant managers wear different shoes, plus

21  they have to have nice shoes to go to the big

22  meetings.  There are big meetings and swing managers

23  don't go to those meetings.

24  Q.  What kind of meetings?

ALLIED COURT REPORTERS, INC.  (401) 946-5500

108

1    A.  With corporate.  They go over how the stores are

2    doing, you know, if they're having a loss or if

3    they've got more customers, their business is better.

4    Those kind of meetings and stuff.

5    Q.  Do you know when Carl first learned that you had

6    complained about sexual harassment?

7    A.  No, I don't.

8        MR. McNAMARA:  You want to take a lunch

9    break now?

10       MR. BARTINIK:  Sure.  How long?

11       MR. McNAMARA:  Half an hour?

12       MR. BARTINIK:  That's fine.

13       (LUNCH RECESS, 12:40 - 1:21)

14   Q.  Ms. Burford, in talking about the second assistant

15   position, did you ever go back to Carl and say, 'Okay

16   Carl, I've got the daycare all set and my daughter is

17   ready to be enrolled in it on X date'?

18   A.  I didn't tell him an exact date, but I told him

19   since the position was mine and my schedule would

20   change that I would have to change, work all the

21   different shifts, that I could get her enrolled in the

22   daycare right down the street from me, yes.

23   Q.  How much was that going to cost, the daycare?

24   A.  Average about $140 a week for the amount of time

ALLIED COURT REPORTERS, INC.  (401) 946-5500

121

1   Q.   Had you had words with Tim Meredith before that?

2                    THE WITNESS:   That morning?

3                    MR. McNAMARA:   Yes.

4        A.   When he came in he acted -- I don't know, after

5   getting second assistant manager's position he got

6   like a chip on his shoulder, he come in with an

7   attitude.  He said, 'I am taking over the shift, I'm

8   running the shift today.'  And I said, 'Not according

9   to the schedule.'  And I pointed to the schedule, I

10  said, 'Not according to the schedule, it shows all Fs.

11  I'm supposed to run the shift until 10:30, during

12  transition.'  I don't know who was supposed to take

13  over then.  He said, 'No, I'm running the shift, I'm

14  running the shift.'  I said, 'We'll wait until Tim

15  comes in.  We'll go from there.'  He's like, 'No, I'm

16  taking over now.'  And I said, 'No, this is my shift

17  and I'm going to finish my job until somebody else

18  tells me otherwise.'  And that was the words.

19  Q.   When did Tim Michaud come in?

20       A.   I believe eight, it was like eight or nine,

21  somewhere around there he came in.

22  Q.   What time was your discussion with Tim Meredith?

23       A.   It wasn't long before Tim Michaud came in our

24  discussion happened.  I'm not sure exactly how much

ALLIED COURT REPORTERS, INC.   (401) 946-5500

122

1       time was in between that.

2  Q.  What happened when Tim Michaud came in?

3     A.  I was back in the back office, I was cashing out a

4     drawer, like I said.  Then I put all that stuff in the

5     safe and I come out and that was when Tim Michaud said

6     he wanted to speak to me.  I said, 'Okay.'  He took

7     me, first he said, 'We're going to go sit in the

8     corner booth.'  Then he's like, 'No, we're going

9     outside to discuss this.'  We went outside the door

10    and that's when he started telling me that I had no

11    right to ask him who gave him the job, that it was

12    none of my business, and started yelling, screaming

13    and stuff at me, then told me to go home.

14  Q.  How long did this conversation take?

15    A.  Maybe 15 minutes.

16  Q.  Did he say anything else during that 15 minutes, other

17    than talking about how you had no right to ask about

18    how Tim got the job?

19    A.  He told me that I had no right to be upset, that I

20    just need to do my job around here, stuff like that.

21    That was about it.

22  Q.  So the only issue in that conversation was your

23    conversation with Tim Meredith?

24    A.  Yes.

123

1    Q.  Then you called Ron Fedor?

2        A.  Yes.

3    Q.  What did you say to Ron Fedor?

4        A.  I told him that Timmy had come in with an

5        attitude, told me it was his shift.  I said I was only

6        going by what was on the schedule.  You're supposed to

7        follow the schedules, that's what I was supposed to

8        do.  I told him that Tim took me outside and was

9        yelling at me, telling me I had no right to ask Timmy

10       who give him the second assistant position, and that

11       Tim told me I was to go home.  I wanted to let him

12       know that I was being sent home.

13   Q.  You called him on his cell phone?

14       A.  Yes.

15   Q.  How did you have his cell phone number?

16       A.  It was posted in the office.  There is a book of

17       phone numbers and when you're a manager you have

18       access to all those phone numbers.

19   Q.  What other phone numbers were in there?

20       A.  All the crew member's phone numbers, the different

21       stores, like if you needed to borrow stuff you could

22       call one of the other stores in the area, if it wasn't

23       a franchise, as long as it was who was with us, we

24       were allowed to call them to borrow food.

ALLIED COURT REPORTERS, INC.   (401) 946-5500

125

1    Q.  What did Ron tell you?

2       A.  Ron said he would take care of it, he would let me

3       know.  And he did.

4    Q.  When did you next talk to Ron?

5       A.  I think, I believe it was the following day.

6    Q.  What did Ron tell you?

7       A.  That I was being transferred to the new Waterford

8       store.

9    Q.  That's what you had asked for?

10      A.  Yes.  Well, I had asked to be transferred to

11      either that store or two other stores.

12   Q.  Which other stores?

13      A.  East Lyme or New London, I believe it was.

14   Q.  Why those stores in particular?

15      A.  Because I already knew people that worked there.

16   Q.  How long was your conversation with Ron the first time

17      you called him on the cell phone that day on July 17?

18      A.  Not that long, just long enough to let him know

19      what was going on and that I was going home.

20   Q.  You had mentioned that you talked to Tim Michaud about

21      Carl?

22      A.  Yes.

23   Q.  Since he got back?

24      A.  Yes.

ALLIED COURT REPORTERS, INC.   (401) 946-5500

126

1    Q. Did you ever again complain to Tim Michaud about Carl?

2    A. No, because I didn't get nowhere the first time,

3    he told me I was full of shit.

4    Q. So you went home and you called HR?

5    A. Yes.

6    Q. Who did you speak to?

7    A. One of the ladies that I had spoke to before, and

8    that's when she told me, she said, 'Nobody spoke to

9    you about this?' I said, 'No.' This was like the

10    fifth time that I called, and she told me, 'Don't you

11    hang up, stay on the line, I'm going to have somebody

12    take care of it right now.'

13    Q. What happened?

14    A. She got back on the phone with me and told me that

15    Steve Goulard would be calling me. That I was to go

16    ahead and hand up, and that he would be calling me

17    right away. And he did.

18    Q. Then what happened?

19    A. I told Steve what was going on. He said that we

20    needed to meet and sit down and discuss everything.

21    We met at Dunkin' Donuts in Groton.

22    Q. Was it that same day?

23    A. No.

24    Q. When was that?