127

A.   I had already started at the Waterford McDonald's,

and I started there, I believe the 21st or 22nd.

Q.   What did you tell, well, let me back up.  In your

first conversation with Steve Goulard on the phone,

what did you tell him?

A.   I told him about everything that was going on in

the store.

Q.   Specifically what did you tell him?

A.   About all the problems with the food safety book.

I brought everything up to him, even the harassment

that I got from Carl sexually, and then about all the

harassment that I got afterwards, after I reported it.

I told him all of that.

Q.   Did you tell him that you had called HR previously?

A.   Yes, I did.

Q.   What did he say?

A.   He said, 'You did?'  I said, 'Yes, I did.'  I

said, 'and nobody ever called me.'  And he couldn't

understand why nobody had called me.

Q.   How long was your first conversation with Steve

Goulard?

          THE WITNESS:  On the telephone?

          MR. McNAMARA:  Yes.

A.   Maybe a half hour.

ALLIED COURT REPORTERS, INC.   (401) 946-5500

144

1  Q.  What was the atmosphere in the Waterford store while

2      you were there?

3      A.  Nice.

4  Q.  Did you have any problems with anybody there?

5      A.  No.

6  Q.  But you quit --

7      A.  Yes.

8  Q.  -- Waterford?

9      A.  I resigned.

10 Q.  Did you tell Teresa Rogers why you were resigning?

11     A.  Yes.

12 Q.  What did you tell her?

13     A.  Carl had come in there on several occasions to

14     borrow food, would make faces at me.  Ron Fedor would

15     come in, act like nothing ever happened, pat me on the

16     shoulder, 'You're doing good,' like nothing had ever

17     happened.  I was still having a hard time dealing with

18     what had happened.  This is something that you just

19     don't forget, you just can't, you know, put it out of

20     your mind and forget everything that man did.  That

21     takes a toll on you emotionally.  I mean every day

22     that I left Groton after this started happening, I

23     would go home crying.  I kept telling Mike, 'I can't

24     take this, I can't take it.'  He would tell me, 'Stick

ALLIED COURT REPORTERS, INC.  (401) 946-5500

145

1      it out, Tim is coming back.  This is all going to work

2      out, eventually something will happen, it will all

3      work out.'  I couldn't deal with it.  I could not deal

4      with it.

5           I had people coming in from the store, from the

6      Groton store that was told that I had been fired.

7      They didn't know that I'd been transferred to the

8      Waterford store.  They'd been told by Tim that I had

9      been fired.  They were so I surprised and excited to

10     see that I was still working for McDonald's.  I just

11     couldn't take it.

12  Q.  How many times did Carl come into the Waterford store?

13     A.  Three or four.  He was, I believe at that time he

14     had been transferred to the Niantic store.

15  Q.  Did you ever talk to Teresa Rogers about that?

16     A.  No.

17  Q.  Why?

18     A.  Because I was told I was not allowed to talk about

19     it.  I was not allowed to say anything that had

20     happened to me in Groton.  I was not allowed to talk

21     to anybody about it.  I did what I was told, I did not

22     say anything to anybody about it.

23  Q.  What did you tell Teresa when you resigned?

24     A.  I told Teresa, I said with what had happened at

146

1    Groton -- I did not go into any details -- I told her

2    that it had taken an emotional toll on me and with the

3    acid reflux disease, I was sick.  I was having a hard

4    time, I didn't even want to get up in the morning, I

5    didn't even want to crawl out of the bed.  I just

6    wanted to stay away from everybody.  It caused a lot

7    of problems in my household.

8    Q.  What problems did it cause?

9        A.  There was problems with Mike and I.

10   Q.  What kind of problems?

11       A.  I didn't want him to touch me.  I didn't want him,

12   I didn't want any sexual intercourse with him,

13   nothing.  I just wanted to be left alone.  All they

14   had to do was -- say if my daughter, if she came in

15   and said the wrong thing to me, I would just, I'd snap

16   and tell her, 'No, you can't do this.'  My whole

17   personality had changed.  I went from this

18   happy-go-lucky person to somebody that just wanted to

19   crawl in a hole and stay there.  And that wasn't me.

20   I'm a person that, if a new neighbor moves into my

21   neighborhood, as soon as I see him, 'Hi, how are you

22   doing?'  I don't even do that now.  I just, I mind my

23   own business.  I keep to myself.  And she understood,

24   Teresa understood and said okay.

ALLIED COURT REPORTERS, INC.  (401) 946-5500

147

1    Q.  She didn't ask you questions at that point because you

2        hadn't said anything before?

3    A.  She said she was sorry to see me leave because I

4        was a good worker.  She said she had no problems with

5        me, I did my job, I did what I was supposed to and I

6        tried to help out.  When the new people came in I

7        trained them like I was supposed to.  But I told her

8        I'm not allowed to discuss it, that's what I had told

9        her.

10    Q.  What other symptoms did you experience because of this

11        experience?

12    A.  Just the throwing up and not wanting to be a part

13        of any McDonald's family anymore.  I wanted nothing to

14        do with McDonald's.  It was over a year before I would

15        step foot back on that property there in Groton.  It

16        was way over a year before I even -- it was after Mike

17        had started working there and he had already been

18        working there maybe four months before I even stepped

19        foot in that McDonald's.

20    Q.  So correct me if I am wrong, but the effect that this

21        experience had on you is throwing up?

22    A.  All I did was cry.

23    Q.  Crying, and you did not want your fiance to touch you?

24    A.  No, I didn't, I felt like I was dirty and I didn't

180

1              (MR. FEDOR EXITED THE PROCEEDINGS)

2    Q.   You said in your complaint that your assigned hours

3         were reduced; when did that happen?

4         A.   When I went to Waterford.   Ron Fedor changed my

5         availability with Teresa, told Teresa I could only

6         work eight to four, and then --

7    Q.   That's eight hours a day?

8         A.   Then some days I didn't even work the whole eight

9         to four because she didn't need me every day for those

10        hours, because they had too many people.

11   Q.   You also say that the position of second assistant

12        manager had better benefits than swing manager, what

13        were those benefits.

14        A.   401(k).

15   Q.   How do you know that?

16        A.   It states it in all the papers I have at the

17        house.

18   Q.   What else?

19        A.   Profit sharing.

20   Q.   How do you know that?

21        A.   It's in the paper.

22   Q.   Anything else?

23        A.   And the medical insurance, that wasn't supposed to

24        cost me as much to get the medical insurance.

ALLIED COURT REPORTERS, INC.   (401) 946-5500

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

MELISSA BURFORD,            :

          **Plaintiff,**     :

                            :

        **vs.**            :    **C.A. No. 3:02-CV-1738 MRK**

                            :

McDONALD'S CORPORATION,    .   :

et al.                        :

          **Defendants.**    :

## AFFIDAVIT OF CARL FIELD

Carl Field, being duly sworn, deposes and says:

1.    During all relevant times I was a restaurant manager employed by defendant McDonald's Corporation. I submit this Affidavit in support of defendants' Motion for Summary Judgment.

2.    Part of the job of a restaurant manager is to set the daily crew schedule. Once the crew schedule is set, a manager will make notations on the schedule report to reflect any differences between the schedule that was set for each employee and each employee's actual work for that day. Attached hereto as Exhibit A are copies of the daily schedule crew reports for the period between May 28, 2001 and June 11, 2001, with the exception of June 2, 3, 9 and 10, when Burford was not scheduled to work. I checked the annotated schedules for accuracy on a daily basis.

3.    Melissa Burford worked a Monday through Friday schedule; she generally did not work on Saturday or Sunday.

4.    The daily schedule crew reports indicate the following:

        May 28 - Burford worked that day, and I came in unexpectedly from 11 to 3, and overlapped with Burford for two hours;

        May 29 - Burford was scheduled for that day, but did not come to work, or to the afternoon managers' meeting;

        May 30 - Burford was scheduled for that day, but did not come to work;

May 31 - both Burford and I were scheduled to work, but our shifts did not overlap;

June 1 - Burford's and my schedule for that day overlapped for two hours;

June 4 - Burford's and my schedule for that day overlapped for five hours;

June 5 - Burford's and my schedule overlapped for four hours;

June 6 - Burford was scheduled for that day, but I was not;

June 7 - Burford and I were both scheduled that day, but our shifts did not overlap; and

June 8 – Burford and my schedule overlapped for 1.5 hours.

5.    Managers' meetings, in which both I and Burford, as well as first and second assistant managers, and swing managers other than Burford, would *participated* take place once per week at the Groton store.   That meeting would take *Place* on Tuesday afternoons from 3 p.m. to 4 p.m., after Burford had already left. Therefore, she would return to the store for the meeting.

_____
Carl Field

STATE OF CONNECTICUT
COUNTY OF NEW LONDON

Subscribed and sworn to before me this 20 day of November, 2003.

_____
Notary Public
My Commission Expires:

CONSTANCE M. LADYGA
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2006

# 1384454_v1



RUN TIME: 05:25

DAILY CREW SCHEDULE REPORT
SCHEDULE WEEK: 05/27/01 - 06/02/01
SCHEDULE FOR MONDAY,   05/28/01

EMPLOYEE ID#

|                | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|----------------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # TRANS        | | | | 8| 32| 48| 60| 48| 48| 88| 72| 72| 56| 40| 44| 52| 36| 40| 24| 8| 0| | | | |
| $ SALES        | | | | 24| 104| 152| 240| 200| 256| 424| 344| 308| 260| 204| 216| 296| 220| 228| 108| 40| 0| | | | |
| TOTL VLH       | | | | | | | | | 1| | | | | | | | | | | | | | | |
| NEEDS          | | | |3333|3351|5565|6566|5645|5555|6880|7866|7766|5565|4544|5655|5665|5454|5455|4433|3333|3333| | | |

MELISSA B   72   |FFFF|FFFF|FFFF|FFFF|//AA|AADD|DDDD|DDDD|
TAMMY S     93   |    |    |DDDD|DDDD|DDDD|DDDD|DDD|DDD|DD|DDDD|
LOUISE S    90   |    |FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|
VERNON B    93   |    |    |    |    |YYYY|YYYY|YYYY|YYYY|YYYY|FFFF|FFFF|FFFF|FFFF|
RICHARD W  165   |    |    |    |    |GGGG|FFFF|FFFF|FFFF|DDDD|DDDD|DDDD|CCCC|

MARK S.    10    |————|MMMM|MMMM|MMMM|MMMM|         Sean

AMBROSE F   98   No Call No Show
MICHAEL M  110   |OOOO|BBBB|BBBB|BB//|BBBB|BBGG|GGGG|GGGG|
JOHANNA G  109   |SSSS|SSSS|SSSS|//SS|SSSS|GGGG|GGGG|GGGG|
JULIAN R   152   Sick
DESTINY W   85   |DDDD|DDDD|//DD|DDDD|DDDD|   No 6/5
TACEY R    180   |DDDD|DDDD|DDDD|//DD|DDDD|DDDD|
KEN K      111   |DDDD|DDDD|DDDD|//DD|DDDD|DDDD|DDDD|DDDD|
APRIL B     20   |WWWW|WWWW|WWWW|WWWW|
         A   2   |GGGG|GGGG|GGGG|//GG|GGGG|GGGG|GGGG|
          S 148  |DDDD|DDDD|DDDD|
MARISOL M   95   |GGGG|//GG|GGGG|GGGG|GGGG|GGGG|
HILLARY U  162   |DDDD|DDDD|DDDD|//DD|DDDD|DDDD|DDDD|    cut

PROD CALL        Ronnie
FRY/HSBR         Kimberley

Time:       5    6   7   8   9   10  11  12  13  14  15  16  17  18  19  20  21  22  23  0   1   2   3   4

A  CASH ADMIN    G  GRILL         Y  CREW SCHED
B  BRKFAST GRILL M  MAINTENANCE   /  MEAL BREAK
C  CLOSING       O  OPENING
D  DRIVE THRU    S  SALADS
F  FLOOR         W  WINDOW

                    REMINDERS
        DESCRIPTION                  ASSIGN
CLEAN SHAKE MACHINE                  MICH
FOOD SAFETY BOOK                     LOUIS

Don't call Hilda

Shirt for
Marisol
(small)

© McDonald's Corporation. The material contained herein is ... Any use, copying or reproduction of this material, without ... prohibited and may lead to civil and criminal prosecuti...                         ...onald's

DAILY CREW SCHEDULE REPORT
SCHEDULE WEEK: 05/27/01 - 06/02/01
SCHEDULE FOR TUESDAY,  05/29/01

| EMPLOYEE  ID# | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # TRANS | | 20 | 64 | 56 | 64 | 44 | 88 | 140 | 88 | 60 | 60 | 52 | 56 | 72 | 52 | 44 | 32 | 20 | 0 | | | | | |
| $ SALES | | 60 | 228 | 200 | 272 | 208 | 424 | 740 | 404 | 280 | 264 | 272 | 288 | 384 | 308 | 236 | 156 | 96 | 0 | | | | | |
| TOTL VLH | | | | | | | | 1111 | | | | | | | | | | | | | | | | |
| NEEDS | | 3333 | 5688 | 5666 | 6856 | 5546 | 8979 | 0024 | 9878 | 8655 | 6674 | 5666 | 6667 | 6798 | 6646 | 6544 | 4444 | 3433 | 3333 | | | | | |

| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELISSA B  12 | FFFF | FFFF | FFFF | FFFF | AAAA | //DD | DAFF | DFDD | | | | | | | | | | | | | | | | |
| CARL      901 | AAAA | | | RRRR | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | ZZZZ | ZZZZ | | | | | | | | | | | | |
| LOUISE S  902 | | | | | | | | | | FFFF | FFFF | FFFF | FF// | FFFF | FFFF | FFFF | FFFF | FFFF | | | | | | |
| WILLIE R  128 | | | WWWW | VVVV | WWWW | WWWW | | | | | | | | | | | | | | | | | | |
| CHRISTY P 163 | | | LLLL | LLLL | LLLL | LLLL | | | | | | | | | | | | | | | | | | |
| KILIANE J  63 | | | | | | | LLLL | LLLL | LLLL | //LL | LL | | | | | | | | | | | | | |
| AMBROSE F  98 | DDDD | WWWW | WWWW | WW// | WWWW | WWWW | WWWW | | | | | | | | | | | | | | | | | |
| MICHAEL M 110 | OOOO | BBBB | BBBB | BBBB | BBBB | //*G | GGGG | GGGG | | | | | | | | | | | | | | | | |
| JOHANNA G 109 | | SSSS | SSSS | SSSS | //SS | BBGG | GGGG | GGGG | GGGG | | | | | | | | | | | | | | | |
| CYNTHIA S 150 | | DDDD | DDDD | DWDD | *//D | DDDD | DDDD | | | | | | | | | | | | | | | | | |
| JULIAN R  152 | | BBBB | BBBB | BBBB | //*G | GG*G | GGGG | GG | | | | | | | | | | | | | | | | |
| ANYA G     55 | | WWWW | WWWW | WWWW | WW//W | WWWW | WWWW | | | | | | | | | | | | | | | | | |
| ILDA M    145 | | | BBBB | BBGG | GGGG | //GG | GGGG | GGGG | | | | | | | | | | | | | | | | |
| DESTINY W  85 | | | DDDD | DDWW | WW*W | //DD | DDDD | DDDD | DD | | | | | | | | | | | | | | | |
| ED K       68 | | | | BBGG | GGGG | GGGG | //GG | GG** | GG | | | | | | | | | | | | | | | |
| ELSA     111 | | | | AYY | WW | DDDD | DDD/ | //DDD | DDDD | | | | | | | | | | | | | | | |
| STACEY R  180 | | | | | DDDD | DDWW | W//D | DDDD | DDDD | | | | | | | | | | | | | | | |
| APRIL B    20 | | | | | | | | | WWWW | WWWW | WWWW | WWWW | | | | | | | | | | | | |
| RONALD A    2 | | | | | | | | | GGGG | GGGG | GGGG | //GG | GGGG | GGGG | | | | | | | | | | |
| GERALD D  112 | | | | | | | | | DD | DDDD | DDDD | DD// | DDDD | DDDD | | | | | | | | | | |
| HEATHER M 125 | | | | | | | | | DDDD | DDDD | DDDD | DDDD | DDDD | DDDD | | | | | | | | | | |
| RICHARD S 148 | | | | | | | | | | DDDD | DDDD | DDDD | DDDD | DDDD | | | | | | | | | | |
| KURIAH H  176 | | | | | | | | | TTTT | TTTT | TTTT | TTTT | | | | | | | | | | | | |
| KENDRIC G   5 | | | | | | | | | | DDDD | DDDD | DDDD | DDD/ | //DD | | | | | | | | | | |
| JEFFREY W   | | | | | | | | | | GGGG | GGGG | GGGG | G//G | GGGG | GGGG | GGGG | | | | | | | | |
| LEONOR A    5 | | | | | | | | | | GGGG | GGGG | GGGG | GGGG | //GG | GGGG | GGGG | CCCC | | | | | | | |
| JACQUEL D  11 | | | | | | | | | | WWWW | WWWW | WWWW | W//W | WWWW | WWWW | WWWW | CCCC | | | | | | | |
| PROD CALL  | | | | | | | | | | | | | | | | | | | | | | | | |
| FRY/HSBR  | | | | | | | | | | 1 | | | 1 111 | | | | | | | | | | | |

| Time: | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |

A  CASH ADMIN        G  GRILL          S  SALADS          /  MEAL BREAK
B  BRKFAST GRILL     L  LOBBY          T  HIRING/TRAIN    *  SHIFT FILL
C  CLOSING           M  MAINTENANCE    V  VATFILTER
D  DRIVE THRU        O  OPENING        W  WINDOW
   FLOOR             R  DELIVERY       Z  OTHER

McDonald's Corporation. The material contained herein is the confidential property of McDonald's Corporation.
Any use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's
is prohibited and may lead to civil and criminal prosecution.



...ald's Corporation. The material contained herein is the confidential property of McDonald's Corporation. ...use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's ...s prohibited and may lead to civil and criminal prosecution.

RUN DATE: 05/26/01
RUN TIME: 05:25
Case 3:02-cv-01738-MRK    Document 43-5    Filed 11/24/2003    Page 12 of 27
STORE MANAGER'S BUSINESS SYSTEM
07.04
STORE: 2707
PAGE: 6

DAILY CREW SCHEDULE REPORT
SCHEDULE WEEK: 05/27/01 - 06/02/01
SCHEDULE FOR THURSDAY, 05/31/01

EMPLOYEE ID#

| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # TRANS | | | 31 | 63 | 70 | 82 | 57 | 92 | 155 | 94 | 63 | 52 | 61 | 86 | 89 | 87 | 63 | 49 | 26 | 10 | | | | |
| $ SALES | | | 96 | 210 | 246 | 248 | 208 | 391 | 734 | 415 | 256 | 252 | 361 | 500 | 558 | 543 | 369 | 268 | 115 | 36 | | | | |
| TOTL VLH | | | | | | | | 1 | 1111 | | | | | | | | | | | | | | | |
| NEEDS | | | 4444 | 6666 | 7777 | 8888 | 6666 | 8880 | 2222 | 8888 | 6666 | 5555 | 7667 | 9999 | 0999 | 9999 | 7776 | 6555 | 4444 | 3333 | | | | |

| MELISSA B | 12 | FFFF | FFFF | FFFF | FFFF | AAAA | //DD | DDDD | DDDD | | | | | | | | | | | | | | | |
| LOUISE S | 90 | | | | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | AAAA | | | | | | | | | | |
| CARL F | 90 | | | | | | | | | | | ZX | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | | | | |
| TAMMY S | 90 | | | | | | | | | | TT | TT | TT | TT | TT | TT | TT | DX | CCCC | | | | |
| ANNETTE A | 15 | OOOO | BBB | | | | | | | | | | | | | | | | | | | | | |
| MARK S | 61 | RRRR | RRRR | RRRR | RRRR | RRRR | //MM | MMMM | MMMM | | | | | | | | | | | | | | | |
| WILLIE R | 14 | | | VVVV | MMMM | MMMM | MMMM | | | | | | | | | | | | | | | | | |
| CHRISTY P | 15 | | | | LLLL | LLLL | LLLL | LLLL | | | | | | | | | | | | | | | | |
| ANNETTE A | 15 | | | | BBBB | IIII | G//G | GGGG | GGGG | | | | | | | | | | | | | | | |
| MILIANE J | 60 | | | | | | | | | LLLL | LLLL | LL// | LLLL | LL | | | | | | | | | | |
| Freddie | | | | | | | | | Burned Hand | | | | | | | | | | | | | | | |
| SUZANNE W | 166 | OOOO | WWWW | WWWW | WWWW | WW// | WWWW | WWWW | WWWW | | | | | | | | | | | | | | | |
| MICHAEL M | 110 | OOOO | BBBB | BBB3 | BBBB | B//B | GGGG | GGGG | GGGG | | | | | | | | | | | | | | | |
| JOHANNA G | 109 | | SSSS | SSS3 | SSSS | SSS/ | /BGG | GGGG | GGGG | | | | | | | | | | | | | | | |
| WILLIAM C | 36 | | | BBB3 | BBBB | BBBB | BB// | GGGG | GGGG | | | | | | | | | | | | | | | |
| IA S | 150 | | | DDD3 | DDDD | DDDD | //DD | DDDD | DDDD | | | | | | | | | | | | | | | |
| JULIAN R | 152 | | | VVV/ | VVVV | VVVV | //GG | GGGG | GGGG | GG | | | | | | | | | | | | | | |
| TONYA G | 55 | WWWW | WWWW | WWWW | WWW/ | /WWW | WWWW | WWWW | WWWW | cut @ not feeling well | | | | | | | | | | | | | |
| HILDA M | 145 | | | BBBB | GGGG | GGGG | GGG/ | /GG | GGGG | | | | | | | | | | | | | | | |
| CASSAND K | 68 | | | BBBB | BB// | GGGG | GGGG | GGGG | GGGG | GG | | | | | | | | | | | | | | |
| DESTINY W | 85 | | | DDDD | DDDD | //DD | DDDD | DDDD | DDDD | DD | | | | | | | | | | | | | | |
| STACEY R | 18 | | | | | //DDDD | DDDD | DDDD | DDDD | | | | | | | | | | | | | | | |
| JACQUEL D | 160 | | | | | | | GGGG | GGGG | GGGG | GGGG | GGGG | | | | | | | | | | | | |
| GERALD D | 112 | | | | | | | DD | DDDD | DDDD | DDD/ | /DDD | DDDD | DDDD | | | | | | | | | | |
| GRANT P | 123 | | | | | | | | | | | DDDD | DDDD | DDDD | | | | | | | | | | |
| MARCELA P | 120 | | | | | | | | | | GGGG | GGGG | GGGG | | | | | | | | | | | |
| KENDRIC G | 50 | | | | | | | | | DDDD | DDDD | DDDD | DD// | DDDD | DDDD | DDDD | DDD | | | | | | | |
| LEONOR A | 5 | | | | | | | | | GGGG | GGGG | GGGG | G//G | GGGG | GGGG | CCCC | | | | | | | | |
| JACQUEL D | 102 | | | | | | | | | | | WWWW | WWWW | W//W | WWWW | WWWW | WWWW | CCCC | | | | | | |
| PROD CALL | | Carlos X    Diego X | | | | | | | | | | | | | | | | | | | | | | |
| FRY/HSBR | | | | | | | | | | | | | | 1111 | 1111 | 1111 | | | | | | | | |

Time: | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |

*Gerald can close if necessary*

| A | CASH ADMIN | G | GRILL | R | DELIVERY | Z | OTHER |
|---|---|---|---|---|---|---|---|
| E | BRKFAST GRILL | I | TRANS/PRE-CL | S | SALADS | / | MEAL BREAK |
| C | CLOSING | L | LOBBY | T | HIPING/TRAIN | | |
| D | DRIVE THRU | M | MAINTENANCE | V | VATFILTER | | |
| F | FLOOR | O | OPENING | W | WINDOW | | |

© McDonald's Corporation. The material contained herein is the confidential property of McDonald's Corporation. Use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's is prohibited and may lead to civil and criminal prosecution.

EMPLOYEE  ID#

|          |   5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|----------|-----|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|---|---|---|---|
| # TRANS |   |   | 38| 63| 78| 88| 63| 110| 140| 101| 71| 70| 62| 85| 90| 82| 67| 62| 41| 30|   |   |   |   |
| $ SALES |   |   | 123| 200| 267| 281| 246| 485| 755| 484| 284| 329| 356| 545| 594| 597| 402| 296| 189| 123|   |   |   |   |
| TOTL VLR |   |   |   |   |   |   | 1111| 1111|   |   |   | 1 | 1111|   |   |   |   |   |   |   |   |   |   |
| NEEDS |   | 5544| 6666| 8877| 8888| 6668| 0000| 2222| 9999| 7776| 7766| 7768| 0999| 0000| 9999| 7777| 7766| 5555| 4444|   |   |   |   |   |

| MELISSA B | 12 | FFFF| FFFF| FFFF| FFFF| AAAA|//DD| DDDD| DDDD|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| LOUISE S | 90 |   | FFFF| FFFF| DDDD| DDDD| DDDD| DDDD| DDDD| DDDD| DDD*|   |   |   |   |   |   |   |   |   |   |   |   |
| CARL F | 93 |   |   | FFFF| FFFF| FFFF| FFFF| FFFF| FFFF| FFFF| FFXF| AXXA| ZXZ|   |   |   |   |   |   |   |   |   |   |
| RICHARD W | 165 |   |   |   |   | GGGG| GGGS| GGG*| G//G| GGGG| GGGG|   |   |   |   |   |   |   |   |   |   |   |   |
| VERNON B | 90 |   |   |   |   |   |   |   | ZZZZ| FFFF| FFFF| FFFF| FFFF| FFFF| FFFF| FFFF| FFFF|   |   |   |   |   |   |
| ANNETTE A | 154 | 0000| BBB |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| MARK S | 61 | MMMM| MMMM| MMMM| VVVV|//MM| MMMM| MMMM| MMMM|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| CHRISTY P | 163 |   |   |   | LLLL| LLII| LLLL|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| ANNETTE A | 154 |   |   |   | *BBB| GG//| GGGG| GGGG| GGGG|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| MILIANE J | 63 |   |   |   |   |   | LL//| LLLL| LLLL| LLLL| LLLL| LL |   |   |   |   |   |   |   |   |   |   |   |   |

Freddy

| *BROSK F | 98 | 0000| BBBB| MMMM| MMMM| MM//| BBBB| DDDD| DDDD|   NoCall NoShow |   |   |   |   |   |   |   |   |   |   |   |   |   |
| LEANNE M | 166 | 0000| DDDD| DDDD| DDDD| DDDD| DDDD| DDDD| DDD|   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| MICHAEL M | 110 | 0000| BBBB| BB//| BBBB| BBBB| BBGG| GGGG| GGGG|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| JOHANNA G | 109 |   | SSSS| SSSS| SSSS|//BB| BBGG| GGGG| GGGG| GGGG|   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| LM C | 36 |   |   | BBEB| BBBB| BBBB| B//G| GGGG| GGGG|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| LM R | 152 |   |   | VVVV| VVVV| VVVV|//GG| GGGG| GGGG| GG |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| HILDA M | 145 |   |   | BBBB| BBGG| GGGG| G//G| GGGG| GGGG|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| DESTINY W | 85 |   |   | DDDD| DDDD| DDDD| DD//| DDDD| DDDD| DD |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| CASSAND K | 68 |   |   | BBBB| BBGG| GGGG| GGGG|//GG| GGGG| GG |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| TONYA G | 55 |   |   | WWWW| WWWW| WWWW|//WW| WWWW| WWWW|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| STACEY R | 180 |   |   | DD| DD| DDDD| DD//| DDDD| DDDD| DDDD|   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| PAULINE M | 131 |   |   |   | KKKK| WWWW| WW//| WWWW| WWWW|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| CHRISTO C | 99 |   |   |   |   |   | DDDD| DDDD| DDDD| DDDD|   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| JACQUEL D | 160 |   |   |   |   |   | GGGG| GGGG| GGGG|//GG| GGGG|   |   |   |   |   |   |   |   |   |   |   |   |   |
| APRIL B | 20 |   |   |   |   |   | WWWW| WWWW| W//W| WWWW|   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| GERALD D | 112 |   |   |   |   | DD| DDDD| DDDD| DD//| DDDD| DDDD| DDDD|   |   |   |   |   |   |   |   |   |   |   |   |
| MARCELA P | 120 |   |   |   |   |   | GG| GGGG| GGGG| GGGG| GG |   |   |   |   |   |   |   |   |   |   |   |   |   |
| LEONOR A | 5 |   |   |   |   |   | GG| GGGG| GGGG| GGGG| GG |   |   |   |   |   |   |   |   |   |   |   |   |   |
| XURIAH H | 176 |   |   |   |   |   | TTTT| TTTT| TTTT| T//T| TTTT|   |   |   |   |   |   |   |   |   |   |   |   |   |
| HILLARY U | 162 |   |   |   |   | GGGG| GGGG| GG//| GGGG| GGGG| GGGG| GGGG|   |   |   |   |   |   |   |   |   |   |   |   |
| PORSIA J | 140 |   |   |   |   | WWWW| WWWW| WWWW| WWWW|//WW| WWWW| WWWW| CCCC|   |   |   |   |   |   |   |   |   |   |
| MARISOL M | 95 |   |   |   |   | GGGG| GGGG| GGGG| GXGG| DXGG| GGGG| GGGG| CCCC|   |   |   |   |   |   |   |   |   |   |

| PROD CALL |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| FRY/HSBR |   |   |   |   |   |   |   |   |   |   | 1| 1111| 1111| 1111|   |   |   |   |   |   |   |   |   |   |

|          |   5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |

Time:

INCOMPLETE SCHEDULE - CONTINUED ON NEXT PAGE

© McDonald's Corporation. The material contained herein is the confidential property of McDonald's Corporation.
Use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's
prohibited and may lead to civil and criminal prosecution.

*Gerald can close But needs to leave @ 11PM & come back*

*yes*

RUN TIME: 08:22

STORE MANAGER'S BUSINESS SYSTEM

07.04    STORE: 2707    PAGE: 2

DAILY CREW SCHEDULE REPORT

SCHEDULE WEEK: 06/03/01 - 06/09/01

SCHEDULE FOR MONDAY,   06/04/01

|  | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # TRANS | | | 20 | 44 | 60 | 56 | 68 | 96 | 160 | 92 | 72 | 64 | 48 | 64 | 52 | 48 | 64 | 32 | 20 | 12 | | | | | |
| $ SALES | | | 64 | 136 | 200 | 220 | 284 | 504 | 720 | 392 | 288 | 284 | 268 | 340 | 276 | 284 | 368 | 156 | 108 | 68 | | | | | |
| TOTL VLH | | | | | | | 1 | 1 | 1111 | | | | | | | | | | | | | | | | |
| NEEDS | | | 3333 | 3579 | 6666 | 6665 | 6768 | 0890 | 2135 | 9987 | 7866 | 5666 | 5555 | 6886 | 6665 | 6564 | 6867 | 4444 | 4433 | 3333 | | | | | |
| MELISSA R | F | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | //DD | DDDD | | | | | | | | | | | | | | | | |
| CARL P | | | | ZZZZ | ZZZZ | ZZZZ | HHHH | HHHH | ZZZZ | HHHH | HHHH | YYYY | AAAA | | | | | | | | | | | | |
| LOUISE X | | | | | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | FFFF | | | | | | | | | | | | | |
| VERNON N | | | | | | | | | | | | | YYYY | TTTT | TTTT | YYYY | YYYY | YYYY | FFFF | FFFF | FFFF | FFFF | | | |
| RICHARD W | | | | | | | | | | | | DDDD | DDDD | FFFF | FFFF | FFFF | //DD | DDDD | DDDD | CCCC | | | | | |
| ANNETTE A | O | BBBB | BBB | | | | | | | | | | | | | | | | | | | | | | |
| MARK S | | | | | | | | | | | NoiCal No Show | | | | | | | | | | | | | | |
| WILLIE R | | | | | | | | | | | | | | | | | | | | | | | | | |
| ANNETTE A | | | | | BBBB | BBGG | GG// | GGGG | GGGG | | | | | | | | | | | | | | | | |
| AMBROSE P | O | WWWW | WWWW | WWWW | WWWW | //WW | WWWW | WWWW | WWWW | | | | | | | | | | | | | | | | |
| SUZANNE M | O | DDDD | DDDD | DDDD | DDDD | DD// | DDDD | DDDD | DDDD | | | | | | | | | | | | | | | | |
| MICHAEL M | O | BBBB | BBBB | BBBB | //BB | BBGG | GGGG | GGGG | | | | | | | | | | | | | | | | | |
| HANNA G | | SSSS | SSSS | SSSS | BBBB | //GG | GGGG | GGGG | GGGG | | | | | | | | | | | | | | | | |
| JULIAN R | | | | VVVV | VVVV | BBBB | BBGG | GGGG | GGGG | out of Town. | | | | | | | | | | | | | | | |
| R | | | BBBB | BBTT | TTT/ | /TTT | TTTT | TTTT | TTTT | | | | | | | | | | | | | | | | |
| M | | | | | BBBB | BBGG | GGGG | GGG/ | //GG | GGGG | | | | | | | | | | | | | | | |
| CASSAND K | | | | | | | | | Pinched Nerve | | | | | | | | | | | | | | | | |
| DESTINY M | | | | | DDDD | DDDD | DDDD | DDDD | DD | sloped | | | | | | | | | | | | | | | |
| TONYA G | | | | DDDD | DD// | DDDD | DDDD | DDDD | DDDD | DD | | | | | | | | | | | | | | | |
| STACEY R | | | | | | DD | DDDD | DD// | DDDD | DDDD | | | | | | | | | | | | | | | |
| PAULINE M | | | | | | | | | | | court date | | | | | | | | | | | | | | |
| APRIL B | | | | | | | | WWWW | WWWW | WWWW | WWWW | | | | | | | | | | | | | | |
| RONALD M | | | | | | | | GGGG | GGGG | GGGG | GG// | GGGG | | | | | | | | | | | | | |
| RONALD A | | | | | | | | GGGG | GGGG | GGGG | //GG | GGGG | | | | | | | | | | | | | |
| CARLOS M | | | | | | | | GGGG | GGGG | GGGG | GGGG | GGGG | | | | | | | | | | | | | |
| DIEGO M | | | | | | | | DDDD | DDDD | DDDD | DDDD | | | | | | | | | | | | | | |
| LEONOR A | | | | | | | | GGGG | GGGG | GGGG | GGGG | GGGG | | | | | | | | | | | | | |
| JACQUEL D | | | | | | | | WWWW | WWWW | WW// | WWWW | WWWW | JCINS | | | | | | | | | | | | |
| ALMA Z | | | | | | | | | | | | | | cat accident | | | | | | | | | | |
| PORSIA J | | | | | | | | WWWW | WWWW | WWWW | WW// | WWWW | WWWW | CCCC | | | | | | | | | | |
| HILLARY U | | | | | | | | | | GGGG | GGGG | GG// | GGGG | GGGG | GGGG | Late Call | | | | | | | | | |
| PROD CALL | | | | | | | | | | | MR/SOL | | | | | | | | | | | | | | |
| FRY/HSBR | | | | | | | | | | 1 | | 11 | | | 1 | | | | | | | | | | |
| Time: | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |

McDonald's Corporation. The material contained herein is the confidential property of McDonald's Corporation. Any use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's is prohibited and may lead to civil and criminal prosecution.

If you need married call her.

| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # TRANS | | | 24 | 56 | 60 | 68 | 44 | 92 | 124 | 92 | 60 | 56 | 48 | 56 | 76 | 40 | 40 | 24 | 12 | 8 | | | | | |
| $ SALES | | | 72 | 192 | 228 | 280 | 200 | 448 | 612 | 400 | 256 | 264 | 236 | 252 | 388 | 236 | 216 | 120 | 56 | 28 | | | | | |
| TOTL VLH | | | | | | | | 1 | 111 | | | | | | | | | | | | | | | | |
| NEEDS | | | 4444 | 4673 | 5676 | 6868 | 6546 | 8079 | 8024 | 9878 | 7655 | 6664 | 5565 | 6566 | 7798 | 5444 | 6444 | 4443 | 3333 | 3333 | | | | | |

MELISSA B | F|FFFF|FFFF|FFF?|FFFF|AAAA|/XXD|DDDD    → Dreamer 🙂
CARL F | |YYYY|ZZZZ|HHHH|HHHH|HHHH|ZZZZ|HHHH|XXXX|XXXX|XXXX   melly
RICHARD M | |FFFF|FFFF|DDDD|D//D|DDDD|DDDD|XXXX|
VERNON B | |FFFF|FFFF|FFFF|FFFF|XXXX|FFFF|FFFF|DDDD|AAZZ  Y X X X Y
LOUISE S | |HHHH|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF

ANNETTE | O|BBBB|BBBB|
WILLIE R | |MMMM|MMMM|MMMM|MMMM|
ANNETTE A | |BBBB|BBGG|//GG|GGGG|GGGG|
MILIANE J | |LLLL|LLLL|LLLL|LLLL|LL//|LLLL|LLLL|LL    Ron

SEAN S | O|BBBB|BBBB|BBBB|//BB|BBBB|BBGG|GGGG|GGGG|
MICHAEL M | O|BBBB|BBBB|BBBB|BBBB|BBBB|II//|GGGG|GGGG|
AMBROSE F | XXXXX|XXXX|/XXXXX|XXXX|XXXX|XXXX|XXXX|XXXX|XXXX   No CAll, no show  😊
JOHANNA O | |SSSS|SSSS|SSSS|BBBB|B//T|TTTT|TTTT|TTTT    → Kendrick
JULIAN R | |VVVV|VVVV|BBBB|BBGG|GG//|GGGG|GG |
??   R | |BBBB|BBBB|BB//G|GGGG|GGGG|GGGG|
CA  D K | |BBBB|BBGG|GGGG|GGGG|//GG|GGGG|
HILDA M | |BBBB|BBGT|TTTT|TTTT|TTTT|//GG|
TONYA G | /——|WWWW|//WW|WWWW|WWWW|WWWW|WW———|
DESTINY W | |DDDD|DDD//|/DDD|DDDD|DD |
STACEY R | |GGGG|GGGG|GGGG|GGGG/|/GG      won't be late N//W.5
GLORIA B | |GGGG|GGGG|GGGG|GGGG/|/GG|GGGG|
PAULINE L | |KKKK|WWWW|WWWW|WW//|WWWW|
APRIL B | |WWWW|WWWW|WWWW|
RONALD A | |GGGG|GGGG|GGGG|//GG|GGGG|
GERARD P | XXXXX|XXXX|XXXX|XXXX//|XXXX|XXXX    Meeting with Police
GRANT P | |DDDD|DDDD|DDDD|DDDD|
MARCELA | GG|GGGG|GGGG|GGGG|
DIEGO M | WW|WWWW|WWWW|WWWW ——
CARLOS M | WW|WWWW|WWWW//|/WW|WWWW|
LEONOR A | |GGGG|GGGG|GGGG|GGGG|G//G|GGGG|GGGG|GGGG|CCCC|
ANNA T | XXXX|XXXX//|XXXX|XXXX|XXXX|XXXX|XXXX|XXXX|XXXX  sick
FORMA J | XXXX|XXXX|XXXX|XXXX|XXXX|XXXX|XXXX|XXXX

PROD CALL | | | | | | | | | | | | | | | | | | | | | | | | |
FRY/HSBR | | | | | | | | | | | | | 1111 | | | | | | | | | | |

Time: | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |

INCOMPLETE SCHEDULE - CONTINUED ON NEXT PAGE

McDonald's Corporation. The material contained herein is the confidential property of McDonald's Corporation.
Use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's
prohibited and may lead to civil and criminal prosecution.

DAILY CREW SCHEDULE REPORT
SCHEDULE WEEK: 06/03/01 - 06/09/01
SCHEDULE FOR WEDNESDAY, 06/06/01

| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # TRANS | | | 28 | 60 | 72 | 80 | 56 | 104 | 140 | 104 | 56 | 44 | 52 | 56 | 60 | 56 | 60 | 72 | 32 | 12 | | | | | |
| $ SALES | | | 88 | 204 | 240 | 324 | 212 | 476 | 684 | 468 | 232 | 184 | 268 | 292 | 348 | 308 | 320 | 384 | 176 | 60 | | | | | |
| TOTL VLH | | | | | | | 11 | | 111 | 1 | 1 | | | | | | | 1 | | | | | | | |
| NEEDS | | | 4444 | 4689 | 6777 | 8878 | 7579 | 1188 | 9134 | 0907 | 6666 | 5444 | 5656 | 6668 | 7676 | 6666 | 8666 | 8065 | 5444 | 3333 | | | | | |

MELISSA B  F|FFFF|FFF/|/FF?|FFFF|FFFF|FFFF|AAAA|DDDD|
LOUISE S  X  |FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|AA...(11)|
RICHARD M  /SUE (NEW LONDON)  FF|FFFF|FF//|FFFF|FFFF|FFFF|FFFF|
ANNETTE A  O|BBBB|BBB |
MARK S  MMMM|MMMM|MMMM|MMMM//MMMM|MMMM|MMMM|
WILLIE R  |MMMM|MMMM|MMMM|MMMM|
ANNETTE A  |BBBB|GGGG|GG//|GGGG|GGGG|
MILIANE J  LL|LLLL|LLLL|LLLL|
AMBROSE F  X Freddy MMMM|MMMM|MMMM|MMMM|MMMM|MMMM  NoCall NoShow
MICHAEL K  O|BBBB|BBBB|BBBE|BBBB|BBBB|II//|GGGG|GGGG|
SUZANNE W  O|DDDD|DDDD|DDDE|DDDD|DDDD|DD//|DDDD|DDDD|
JOHANNA G  |SSSS|SSSS|SSSS|SSSS|
JAN R  |VVVV|VVVV|BBBB|BBGG|GG//|GGGG|GG |
TONYA G  X  WWWW|WWWW|WWWW///WW|WWWW|WWWW|WWWW|WWW
CL...D  X  |BBBB|BBGG|GGGG|GG//|GGGG|GGGG
CL...D K  X  |BBBB|//GG|GGGG|GGGG|GGGG|GGGG|GG
STACEY R  X  |DDDD|DDDD|DD//|DDDD|DDDD|
OL...B  X
GRANT  X
GERALD D  |DDDD|DDDD|DDDD|
DIEGO  X  WWWW|WWWW|WWWW/WWWW  personal child problems  fd
CARLOS  X  W|WWW//|WWW|WWWW|WWWW|
MARCELA  X  G|GGG|GGGG|//GG|GGGG|
KENDRIC  X  Xkendric  GGGG|GGGG|G//G|GGGG|
ALMA  X
SEAN  X  nick (11)
HILLARY U  LLL (11)
PROD CALL  RON X
FRY/HSBR  SAM (NEW LONDON)  JOE  1|1 1| |1 |11|

Time:  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  0  1  2  3  4

| CASH ADMIN | G | GRILL | S | SALADS |
|---|---|---|---|---|
| BRKFAST GRILL | I | TRANS/PRE-CL | V | VATFILTER |
| CLOSING | L | LOBBY | W | WINDOW |
| DRIVE THRU | M | MAINTENANCE | / | MEAL BREAK |
| FLOOR | O | OPENING | | |

POL... LEFT MSJ
MAR...CL...WILL CALL BA...
LOUISA... CALL CM
RON CY

EAST LINE
WAL MART
NEW LONDON

McDonald's Corporation. The material contained herein is the confidential property of McDonald's Corporation.
Any use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's
is prohibited and may lead to civil and criminal prosecution.



```
RUN DATE: 06/02/01                    STORE MANAGER'S BUSINESS SYSTEM          07.04        STORE: 2707
RUN TIME: 08:22                       DAILY CREW SCHEDULE REPORT                            PAGE:  8
                              SCHEDULE WEEK: 06/03/01 - 06/09/01
                              SCHEDULE FOR THURSDAY, 06/07/01
```

| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # TRANS | | | 36 | 60 | 68 | 76 | 44 | 96 | 152 | 108 | 64 | 48 | 60 | 80 | 68 | 64 | 60 | 40 | 36 | 20 | | | | | |
| $ SALES | | | 120 | 216 | 248 | 316 | 172 | 480 | 720 | 452 | 268 | 204 | 340 | 468 | 400 | 368 | 348 | 200 | 192 | 84 | | | | | |
| TOTL VLH | | | | | | | 1 | | 1111 | 11 | | | | | | | | | | | | | | | |
| NEEDS | | | 4444 | 5768 | 6777 | 6779 | 5568 | 0988 | 0245 | 0099 | 8666 | 6444 | 6677 | 9799 | 7796 | 8766 | 6776 | 5444 | 6444 | 4433 | | | | | |

```
MELISSA B   F|FFFF|FFFF|//FF|FFFF|FFAA|DDDD|DDDD|DDDD|         (MB)
VERNON B    |RRRR|RRRR|RRRR|RRRR|RRFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|
CARL F
RICHARD W   |    |    |    |    |    |    |    |    |FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|
                                                    |DDDD|DDDD|DDDD|DDDD|D//D|DDDD|DDDD|AAAA|CCCC|

ANNETTE A   O|BBBB|BBB
MARK S      |RR|RR|RRRR|RRRR|RRRR|RRRR|RRRR|
WILLIE R    |    |    |    |MMMM|MMMM|MMMM|MMMM|
ANNETTE A   |    |    |BBBB|GGGG|GG//|GGGG|GGGG|
MILIANE J   |    |    |    |    |LLLL|L//L|LLLL|LLLL|LL|

SUZANNE W   O|DDDD|DDDD|DDDD|DDDD|DDDD|//DD|DDDD|DDDD|
MICHAEL M   O|BBBB|BBBB|BBBB|BBBB|BBBB|II//|GGGG|GGGG|
MARNA G     |SSSS|SSSS|SSSS|BBBB|BBG/|/GG|GGGG|GGGG|
JULIAN R                              Sick (MB)
FREDY R     |BBBB|BBBB|BBBB|//GG|GGGG|GGGG|GGGG|
G           |WWWW|WWWW|WWWW|//WW|WWWW|WWWW|WWWW|
C...AND     |BBBB|BBGG|GG//|GGGG|GGGG|GGGG|GG
DESTINY M   |DDDD|DD//|LDDD|                        (MB)
HILDA M     |BBBB|BBGG|GG//                Doctors Appt (MB)
STACEY R    |DDDD|DDDD|DD//|DDDD|DDDD|
ODIS B      |GGGG|GGGG|GGGG|GG//|GGGG|
PAULINE M   |KKKK|WWWW|WW//|WWWW|WWWW|                          (CD)
JACQUEL D   |                |GGGG|GGGG|GGGG|GG
GERARD D    |WWWW|WWWW|WWWW|WWWW|WWWW|         personal child problem
MARCELA P   |GG|GGGG|GGGG|//GG|GGGG|                               (CD)
DIEGO M     |WW|WWWW|WW//|WWWW|
JACQUEL D   |WWWW|//WW|WWWW|WWWW|
LEONOR A
FREDRIC G
RONALD M    |GGGG|GG//|GGGG|GGGG|GGGG|G//G|GGGG|GGGG|CCCC|

PROD CALL                            Curtis       Chris
FRY/HSBR    |    |    |    |    |    |    |1|       |1111|111|11|
                                     Jose

Time:  4   5   6   7   8   9   10  11  12  13  14  15  16  17  18  19  20  21  22  23  0   1   2   3   4
```

A  CASH ADMIN      G  GRILL          O  OPENING          /  MEAL BREAK
   BRKFAST GRILL   I  TRANS/PRE-CL   R  DELIVERY
   CLOSING         K  FRY/HB         S  SALADS
D  DRIVE THRU      L  LOBBY          V  VATFILTER
F  ...OR           M  MAINTENANCE    W  WINDOW

Vern
14-22
Vaction

...nald's Corporation. The material contained herein is the confidential property of McDonald's Corporation. ...use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's is prohibited and may lead to civil and criminal prosecution.

DAILY CREW SCHEDULE REPORT
SCHEDULE WEEK: 06/03/01 - 06/09/01
SCHEDULE FOR FRIDAY,   06/08/01

| : | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # TRANS | | | 32 | 60 | 64 | 76 | 52 | 104 | 148 | 92 | 64 | 48 | 60 | 60 | 76 | 64 | 60 | 52 | 32 | 16 | | | | | |
| $ SALES | | | 104 | 212 | 224 | 304 | 212 | 540 | 760 | 508 | 300 | 224 | 312 | 396 | 532 | 376 | 300 | 284 | 176 | 92 | | | | | |
| TOTL VLH | | | | | | | | 11 | 1111 | | | | | | | | | | | | | | | | |
| NEEDS | | | 4444 | 4508 | 6668 | 6778 | 6679 | 1298 | 0245 | 9998 | 7664 | 5544 | 6756 | 7767 | 7998 | 8678 | 8675 | 7656 | 4454 | 3333 | | | | | |

MELISSA B | F|FFFF|FFFF|//FF|FFFF|FFFF|FFFF|FFFF|AAAA|DD
CARL F | | | | | | | |FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|~~FFFF|FFFF|AAAA~~
LOUISE S | | | | | | | | | |DDDD|DDDD|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF|FFFF

MARK S | M|~~MMMM|MMMM|MMMM|MMMM|MM~~M~~M|MMMM|MMMM~~|
CHRISTY P | | | | | | | |LLLL|LLLL|LLLL|
MILIANE J | | | | | | | | |LLLL|LLLL|//LL|LLLL|LL

AMBROSE F | ~~X|DDDD|DDDD|DDDD|DDDD|DDDD|DDDD~~| No Call No Show |
SUZANNE W | O|DDDD|DDDD|DDDD|DD//|~~DDDD|DDDD~~| Sick Here |
MICHAEL M | O|BBBB|BBBB|BBBB|BBBB|//BB|IIGG|GGG|
WILLIAM O | ~~X|DDDD|DDDD|DDDD|DDDD|DDDD|DDDD~~|
JOHANNA G | X|SSSS|SSSS|SSSS|SSSS|//GG|GGGG|GGGG|GGGG|
LIAN R | X| |VVVV|VVVV|BBBB|BBGG|//GG|GGGG|GG|
DY R | X| |BBB3|BBBB|BB//|BBGG|GGGG|GGGG|
TONYA G | X| | |DDDD|DDDD|//DD|DDDD|DDDD|DDDD|DDDD|
KD S | X| | | |BBBB|//GG|G~~GGG|GGGG|GGGG|GG~~| Back off |
D... W | X| | | |DDDD|DDDD|DDDD|~~DDGG|GGGG|GGGG|DDDD~~| called emergency |
HILDA M | X| | | |BBBB|BBGG|GGGG|GGG//|GGGG|GGGG|GG|
STACEY R | X| | | | |DDDD|DDDD|DDDD|//DD|DDDD|
OLEG B | X| | | | |GGGG|GGGG|GGGG|G/~~GG|GGGG|GGGG~~| Termed | (T) |
PAULINE M | X| | | | |KKKK|WWWW|WWW//|WWWW|WWWW|
JACQUEL D | X| | | | | | |GGGG|GG//|GGGG|GGGG|
GRANT P | X| | | | | | |DDDD|DDDD|DDDD|DDDD|
XURIAH H | X| | | | | | |TTTT|TT//|TTTT|TTTT|TTTT|TTTT|
CARLOS M | X| | | | | | |WW|WWWW|WWWW|WW//|WWWW|
LEONOR M | X| | | | | | |GG|GGGG|GGGG|GGGG|//GG|
MARCELA P | X| | | | | | |~~GG|GGGG|GGGG|GGGG|GGGG~~| School |
DIEGO M | X| | | | | | |WWWW|WWWW|WWWW|WWWW|
MARISOL M | X| | | | | | |GGGG|GGGG|GGGG|//GG|GGGG|GGGG|GGGG|GGGG|CCCC|
SEAN S | X| | | | | | |GGGG|GGGG|GGGG|GGGG|GG//|GGGG|GGGG|GGGG|CCCC|
JACQUEL D | X| | | | | | |WWWW|WWWW|WWW//|WWWW|WWDD|DDDD|DDDD|CCCC|
HILLARY U | X| | | | | | | | | | |~~GGGG|GGGG|DDDD|DDDD|DDDD~~| No NS |

PROD CALL | | | | Actual X |
FRY/HSBR | | | | | | | | | | | |11 1|1111| 11|1

Time: 4   5   6   7   8   9   10   11   12   13   14   15   16   17   18   19   20   21   22   23   0   1   2   3   4

McDonald's Corporation. The material contained herein is the confidential property of McDonald's Corporation.
Any use, copying or reproduction of this material, without the prior written permission of an Officer of McDonald's
is prohibited and may lead to civil and criminal prosecution.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA BURFORD,

      Plaintiff,

v.

MCDONALD'S CORPORATION,
CARL FIELD, TIMOTHY MICHAUD,
And RONALD FEDOR,

      Defendants.

C.A. No. 3:02-CV-1738 MRK

## AFFIDAVIT OF DANIEL HOPPE

Daniel Hoppe, being duly sworn, deposes and says:

1.    I am a human resources manager employed by McDonald's Corporation in its Service Center since April 30, 2001. I submit this affidavit in support of Defendants' Motion for Summary Judgment.

2.    The Service Center was established in late 1998 and is, among other things, a call-in resource for all McDonald's employees. The Service Center receives calls of all types from all levels of McDonald's employees including, but not limited to, complaints of sexual harassment.

3.    Throughout my employment at McDonald's, I am aware that the Company has taken a number of measures to make employees aware that the Service Center exists as a resource. For example, for as long as I have worked at McDonald's each employee's pay stub contains the telephone number of the Service Center.

4.    My search of Service Center records indicates that employee Melissa Burford ("Burford") telephoned the Service Center on a total of three occasions during her employment at McDonald's. A summary of the three calls made by Burford to the Service Center is attached hereto as Exhibit A. All calls to the Service Center are recorded in the Service Center's computer system. Therefore, Burford made no calls to the Service Center other than those recorded on Exhibit A.

5.    Burford's first call, on July 13, 2001, was answered by human resources employee Sandy McDonald. McDonald is identified by the

code "mc05914" on Exhibit A. In that call Burford alleged that a store manager was sexually harassing her and that her vacation week had been cancelled. At the end of the first call, McDonald left a message about Burford's complaint with Robin Golightly, a human resources representative in the New England area.

6.     Burford next called the Service Center on the morning of July 17, 2001. Again, she spoke to McDonald and stated she had been verbally offered an assistant manager position by store managers but that the position had been given to another employee. She repeated her allegations of sexual harassment. McDonald spoke to Robin Golightly. See Exhibit A.

7.     Also on the morning of July 17, 2001, I took a call from Burford. That call is set forth as the final call on Exhibit A. I am identified by the code "MC14731" on Exhibit A. After speaking with Burford I called Steve Goulart, a human resources representative in the New England area, who investigated the matter from there.

8.     During July 2001, the Service Center hours of operation were 8:30am through 5:00pm, Monday through Friday.

By: _____
Daniel Hoppe

STATE OF ILLINOIS,
COUNTY OF ~~COOK~~ Du Page

In Oak Brook, IL on the 21 day of November, 2003, before me personally appeared Daniel Hoppe, known by me to be the party executing the foregoing document, and, on oath, subscribed and swore to the facts contained in said document.

Sandra L. McDonald
Notary Public
My          commission          expires:
July 14, 2007

# 1366547_v1

> **"OFFICIAL SEAL"**
> Sandra L. McDonald
> Notary Public - State of Illinois
> My Commission Expires July 14, 2007

##### mc05914: 13 Jul 2001 16:04:14 (+00:02)

Case Number: 551618

##### mc05914: 13 Jul 2001 16:07:49 (+00:02)

Alleging store mgr sexually harassing her, told her she could take vacation week of 4th of July, then cancelled it, told her to take a couple days but they would not be paid.  Left msg for Robin Golightly.

##### mc05914: 17 Jul 2001 08:46:32 (+00:02)

Case Number: 553098

##### mc05914: 17 Jul 2001 08:51:21 (+00:02)

Alleging she was offered verbally the assistant mgr position by Tim and Carl (2 store mgrs).  While she was out at funeral (3-5 days), they gave it to a new Swing mgr, male. She talked to new Swing about it and Tim met with her today and sent her home.  She is also alleging sexual harassment.  Talked to Robin Golightly and Steve Goulart called Dan to talk about.  Steve will call her today.

##### MC14731: 17 Jul 2001 08:48:16 (+00:02)

Case Number: 553105

##### MC14731: 17 Jul 2001 08:53:17 (+00:02)

EE, BURFORD, CALLING STATING THAT SHE IS BEING SEXUALLY HARASSED BY THE ACTING STORE MANAGER, CARL FIELD.  SHE ALSO IS CLAIMING THAT SHE WAS OFFERED A PROMOTION FROM A SM TO A 2ND ASSISTANT MANAGER POSITION, ACCEPTED IT, AND UPON BEING OFF FOR 2 DAYS, SAW THAT A MALE SM WAS PROMOTED INSTEAD OF HER.

EE ALSO CLAIMED THAT FIELD HAS RUBBED HER SHOULDERS AND STOPPED AFTER EE ADVISED HIM TO STOP.  FIELD MADE SEXUALLY SUGGESTIVE COMMENTS AND GESTURES TOWARD HER.  EE CLAIMED THAT THE STORE MANAGER, TIM MICHAUD, CALLED HER A 'CRY BABY' IN FRONT OF OTHER EE's.

THIS MATTER WAS TURNED OVER TO THE BOSTON REGIONAL HR DEPARTMENT, ROBIN GOLIGHTLY AND STEVE GOULART FOR FURTHER INVESTIGATION.


PLAINTIFF'S EXHIBIT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA BURFORD          :    CIVIL#:   3:02 CV 1738 (DJS)
                            :
                            :
vs.                         :
                            :
McDONALD'S CORPORATION     :    AUGUST 4, 2003

DEPOSITION OF STEVEN GOULART

A P P E A R A N C E S :

     BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER, P.C.
     Attorneys at Law
        100 Fort Hill Road
        P.O. Box 942
        Groton, Connecticut   06340
     BY:   PETER J. BARTINIK, JR., ESQ.

     Representing the Plaintiff.

     HOLLAND & KNIGHT, LLP
     Attorneys at Law
        One Financial Plaza
        Providence, Rhode Island   02903
     BY:   NEAL J. McNAMARA, ESQ.

     Representing the Defendant.

Kimberly A. Riley
Shea & Driscoll
Court Reporting Associates
16 Seabreeze Drive
Waterford, CT   06385

28

1    Burford's complaints?

2        A    No.

3        Q    So after the Wednesday meeting with Melissa

4    Burford at Dunkin Donuts, what did you do next?

5        A    Put together a schedule to interview witnesses

6    she had named.

7        Q    Was that the next task of yours, to interview all

8    these witnesses?

9        A    Yes.

10        Q    Did she give you names of people for you to

11    interview at the Wednesday meeting at Dunkin Donuts?

12        A    Yes.

13        Q    And what did she tell you?

14        A    She told me Tammy Sabados, Louise Sheriff, Vern

15    Brown.  Those were direct witnesses that she had given me,

16    as I recall.

17        Q    Did she give you any witnesses other than those

18    three?

19        A    I don't recall any other direct witnesses that

20    she named.

21        Q    What is a direct witness?

22        A    It's someone who would have been in the presence

23    when something would have occurred.

24        Q    Aside from direct witnesses, did she give you

25    names of witnesses other than direct witnesses?

39

1    Q    And was this final written warning, Plaintiff's

2    Exhibit 5, prepared on or about November 27th, 2001?

3    A    No.

4    Q    When was that prepared?

5    A    Toward the latter part of August of 2001.

6    Q    Why is this dated November 27th?

7    A    I believe the Word program defaults to that and

8    the copy that I sent was off of my hard drive.

9    Q    When was it in August of 2001 that it was

10   prepared?

11   A    It was the latter part of August 2001.

12   Q    Before the latter part of August 2001, the date

13   that the final written warning was prepared, had Carl Field

14   received an oral warning?

15   A    Can you be more specific?

16   Q    What part of it is making it -- is there --

17   A    About oral warning.

18   Q    Well, about anything.  And then after you answer

19   that, I'll ask more specific about sexual harassment.

20   A    Not to my knowledge.

21   Q    So before this final written warning was prepared

22   in the latter part of August at no time before that did

23   Carl Field receive an oral warning regarding anything to

24   your knowledge?

25   A    I'm not sure what you're asking.

40

1     Q    Aside from this final written warning, did Carl

2    Field receive a warning of any kind at any time to your

3    knowledge?

4     A    Not to my knowledge.

5     Q    Was there a reason that Carl Field was given a --

6    well, let me ask you this.  So, to your knowledge, was this

7    the first time that Carl Field engaged in conduct that

8    warranted a warning?

9     A    I can't answer that not knowing, you know, Carl's

10    history.

11     Q    In the course of your investigation, did you look

12    at his history?

13     A    Yes.

14     Q    And as you sit here today, you just don't

15    remember what the history revealed?

16     A    I knew what was available to me about his

17    history.

18     Q    So we've got this final written warning that was

19    prepared in late August 2001 between you and corporate

20    counsel.  To your knowledge, is this the first time that

21    Carl Field received any warning for any reason while

22    working at McDonald's --

23     A    Yes.

24     Q    -- whether written or oral?

25     A    Yes.

42

1    as a result of conversation with the in-house corporate

2    counsel.

3              MR. BARTINIK:   Can we just go off the record

4              for one second?

5              (Whereupon there was a brief recess.)

6        Q    So I'm trying to find out -- it appears to me

7    that Carl Field got a final written warning on his first

8    bad act -- if there was any reason why he didn't get the

9    benefit of a couple of chances?

10       A    McDonald's within the policy builds in the

11   ability to go to a final written warning when it's deemed

12   appropriate.

13       Q    In your investigations that you've done over your

14   two and a half years at McDonald's, how many times have you

15   jumped right to the final written warning stage and skipped

16   the earlier stages?   Is that common or uncommon?   Can you

17   quantify that?

18       A    I don't keep, you know, records where I could

19   state the number.   But it wouldn't be uncommon, but it's

20   not necessarily common.

21       Q    I take it that Plaintiff's Exhibit 5 was never

22   signed -- well, I mean, I notice it's not a signed copied I

23   have here.   Was there an original that was signed?

24       A    No.

25       Q    And why was it not signed by anybody?   Was there

SHEA & DRISCOLL, LLC (860) 443-3592

43

1    a decision made not to issue it or did Carl Field just

2    leave the job before his formal warning went out?

3         A    Carl left the job before.

4         Q    Did you actually type this up or was it typed up

5    at your office?

6                   MR. McNAMARA:  You're talking about

7              Exhibit 5?

8                   MR. BARTINIK:  Yes.

9         A    It was typed and passed to the in-house corporate

10   attorney for review.

11        Q    And did it ever go to Ron Fedor?

12        A    Yes, it did.

13        Q    Did it go from Ron Fedor from -- would you be

14   giving it to Ron Fedor, or at that point you'd be out of

15   the loop and it would be in-house counsel dealing with Ron

16   Fedor?  I'm trying to find out who gave it to Ron Fedor.

17        A    I would pass that along to Ron Fedor.

18        Q    And do you know whether Ron Fedor talked to Carl

19   Field about the final written warning that was on its way?

20        A    No.

21        Q    You mentioned this was prepared in late August

22   2001, right?

23        A    Yes.

24        Q    And when did you give it to Ron Fedor?  Was that

25   still in late August 2001 or are we working later on into

SHEA & DRISCOLL, LLC (860) 443-3592