UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA BURFORD,

    Plaintiff,

v.

    C.A. No. 3:02-CV-1738 MRK

MCDONALD'S CORPORATION,
CARL FIELD, TIMOTHY MICHAUD,
And RONALD FEDOR,

    Defendants.

## AFFIDAVIT OF DANIEL HOPPE

Daniel Hoppe, being duly sworn, deposes and says:

1. I am a human resources manager employed by McDonald's Corporation in its Service Center since April 30, 2001. I submit this affidavit in support of Defendants' Motion for Summary Judgment.

2. The Service Center was established in late 1998 and is, among other things, a call-in resource for all McDonald's employees. The Service Center receives calls of all types from all levels of McDonald's employees including, but not limited to, complaints of sexual harassment.

3. Throughout my employment at McDonald's, I am aware that the Company has taken a number of measures to make employees aware that the Service Center exists as a resource. For example, for as long as I have worked at McDonald's each employee's pay stub contains the telephone number of the Service Center.

4. My search of Service Center records indicates that employee Melissa Burford ("Burford") telephoned the Service Center on a total of three occasions during her employment at McDonald's. A summary of the three calls made by Burford to the Service Center is attached hereto as <u>Exhibit A</u>. All calls to the Service Center are recorded in the Service Center's computer system. Therefore, Burford made no calls to the Service Center other than those recorded on Exhibit A.

5. Burford's first call, on July 13, 2001, was answered by human resources employee Sandy McDonald. McDonald is identified by the

code "mc05914" on Exhibit A. In that call Burford alleged that a store manager was sexually harassing her and that her vacation week had been cancelled. At the end of the first call, McDonald left a message about Burford's complaint with Robin Golightly, a human resources representative in the New England area.

6. Burford next called the Service Center on the morning of July 17, 2001. Again, she spoke to McDonald and stated she had been verbally offered an assistant manager position by store managers but that the position had been given to another employee. She repeated her allegations of sexual harassment. McDonald spoke to Robin Golightly. See Exhibit A.

7. Also on the morning of July 17, 2001, I took a call from Burford. That call is set forth as the final call on Exhibit A. I am identified by the code "MC14731" on Exhibit A. After speaking with Burford I called Steve Goulart, a human resources representative in the New England area, who investigated the matter from there.

8. During July 2001, the Service Center hours of operation were 8:30am through 5:00pm, Monday through Friday.

By: _____
Daniel Hoppe

STATE OF ILLINOIS
COUNTY OF COOK

In DuPage County on the 9 day of December, 2003, before me personally appeared Daniel Hoppe, known by me to be the party executing the foregoing document, and, on oath, subscribed and swore to the facts contained in said document.

_____
Sandra A. McDonald
Notary Public
My commission expires: July 14, 2007

# 1366547_v1

"OFFICIAL SEAL"
Sandra L. McDonald
Notary Public - State of Illinois
My Commission Expires July 14, 2007