

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA BURFORD : CIVIL NO: 3:02 CV 1738 (MRK)
:
V. :
:
McDONALD'S CORPORATION ET AL : JANUARY 12, 2004

### AMENDED PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

The plaintiff, Melissa Burford, hereby submits this Amended Local Rule 56(a)2 Statement in Opposition to the defendant's motions seeking summary judgment dated November 21, 2003, and in response to the defendant's claims in their Reply Memorandum of Law dated January 2, 2004.

**I.   Admissions and Denials of Allegations in Defendant's Local Rule 56(a)1 Statement.**

18-21. Allegations of Sexual Harassment.

18. The plaintiff denies that all of the sexual harassment is included in this paragraph.

18(a) The plaintiff admits that it occurred, but denies that it occurred only once. Mr. Field rubbed up against plaintiff "almost every day." Plaintiff's deposition page 92.

18(b) The plaintiff admits this fact.

18(c) The plaintiff denies that this occurred only once. He did it on two occasions. Plaintiff's deposition page 94.

18(d) The plaintiff admits this fact, but it omits the fact that Field also pointed to his crotch area when he made the comment. Plaintiff's Statement of Fact 10.

19. The plaintiff denies this fact. First, the sexual harassment that was discussed above occurred sometime between the middle of May and June 11, 2001. See plaintiffs Statement of Facts numbers 9 and 10. Second, sexual harassment occurred before the time the plaintiff gave her notice which was the middle of May 2001. It got worse, however, after she gave her notice. See plaintiff Statement of Facts number 9. Third, the plaintiff also denies that no sexual harassment occurred during a three week period as claimed by the defense. The deposition page cited by the defense clearly does not state this. As most it simply states that things calmed down for a period of time. Plaintiff's deposition page 88 lines 9 and 10. We are left to interpret what calmed down means. At no time, however, did the plaintiff ever state no sexual harassment occurred during that time. In fact, the plaintiff has consistently characterized her complaints as occurring daily. Plaintiff Statement of Facts 11 citing to plaintiff's deposition page 86 lines 18-20. Also, see plaintiff's deposition pages 92 lines 6-17, and page 144 lines 21-23. Moreover, the very brief exchange at the deposition has been taken out of context by the defense. The "calming down" refers to Carl Fields aggressive management style, not sexual harassment. See plaintiff's deposition page 87 lines 13-22. Also, the plaintiff specifically stated that she was unsure of the dates and the time frame in which things calmed down. When asked about that three week

2

period when it calmed down the plaintiff said "I think so, I'm not sure. So much had happened during that time period that I don't know. I just got to the point that I wanted out. I just wanted away from that man . . . I can recall like certain things that happened, but I can't tell you exactly when it stopped and when it started. . . ." page 88 lines 13-18. Therefore, the plaintiff disputes that defendants' proposed fact that there was no sexual harassment for 3 weeks after the plaintiff gave her notice to quit, and that the harassment described above occurred between May 28, 2001 and June 11, 2001.

20. The plaintiff denies this fact. See plaintiff's affidavit dated January 9, 2004 paragraph 2 and 3. Furthermore, the plaintiff denies that sexual harassment occurred only during that period between May 28, 2001 and June 11, 2001. See plaintiff's response to defendant's statement of fact 19 above.

21. The plaintiff denies this fact. See plaintiff's statement of facts paragraphs 9-12.

22. The plaintiff admits the first fact, but denies the second. See plaintiff's statement of fact 9.

23. The plaintiff admits this fact.

24. The plaintiff admits all of this fact, but denies that she did not experience sexual harassment before she gave notice. See plaintiff's statement of fact 9.

25. The plaintiff admits this fact.

26. The plaintiff denies that these are all of the pre-notice incidents.

BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER, P.C.
P.O. BOX 942  •  GROTON, CONNECTICUT 06340-0942  •  860-445-8521  •  JURIS NUMBER 01220

26(a). The plaintiff denies this fact as it is not fully described by the defense. The plaintiff admits this fact as the plaintiff described it in plaintiff's statement of fact 6.

26(b). The plaintiff denies this fact as it is not fully described by the defense. The plaintiff admits this fact as the plaintiff described it in plaintiff's statement of fact 8

26(c). The plaintiff denies this fact as it is not fully described by the defense. The plaintiff admits this fact as the plaintiff described it in plaintiff's statement of fact 11 and 12.

27. The plaintiff admits this fact.

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq. Ct. 14208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
860 445 8521
860 445 8573 (fax)
Pjb@Grotonlaw.com

BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER, P.C.
P.O. BOX 942 • GROTON, CONNECTICUT 06340-0942 • 860-445-8521 • JURIS NUMBER 01220

## CERTIFICATION

I hereby certify that a copy of Plaintiff's Local Rule 56(a)2 Statement was mailed on January 9, 2004 to:

Neal J. McNamara, Esq.
Holland & Knight, LLP
Suite 1800
One Financial Plaza
Providence, Rhode Island 02903

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq. Ct. 14208

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA BURFORD            :    CIVIL NO: 3:02 CV 17838 (DJS)

V.                         :

McDONALD'S CORPORATION ET AL  :  JANUARY 9, 2004

### AFFIDAVIT OF MELISSA BURFORD

Melissa Burford, being duly sworn and deposed, states:

1. In about May 2001 I had asked to be transferred to Waterford, or New London, or East Lyme. But I was never transferred. Then when Tim Michaud came back from sabbatical, and threw me out of the store, I got a phone call from Ron Fedor the next day telling me that I was transferred to the Waterford store because Tim did not want me in the store anymore.

2. The defense claims I worked only Monday through Friday. Not true. I worked Monday through Friday, and every other Sunday because Tim Michaud told me I had to work every other Sunday.

3. The defense has presented Daily Crew Schedule Report to attempt to illustrate how often I worked with Carl Field. Those reports, however, do not reflect how often I worked with Carl Field because there were many times that we worked together that were not reflected in the reports. Those reports are not complete. Carl Field would stop by the store on many occasions wearing street cloths (not his official uniform) to check on the store, and to do work. Shortly after Tim Michaud left for sabbatical Carl Field undertook the task to clean up the store, and to rearrange the stock room, and lockers. He did that work at times when he was not scheduled to work. Therefore, the Daily Crew Schedule Reports do not accurately reflect the amount of time I spend with Mr. Fields during that time frame. I estimate that between May 28, 2001 and June 11, 2001 I would with Carl Field for about 25 -30 hours.

_____
MELISSA BURFORD

STATE OF CONNECTICUT )
) ss. GROTON          9 January, 2004
COUNTY OF NEW LONDON )

    On this, the 9th day of January, 2004, personally appeared, Melissa Burford, known to me to be the party executing the foregoing document, and, on oath, subscribed and swore to the facts contained in said document.

                                               _____
                                               Peter Bartinik, Jr.
                                               Commissioner of Superior
                                               ~~Notary Public~~
                                               ~~My Commission Expir~~es:

### Page 86

1  will be back in ten days, then Ron will be gone or
2  Carl will be gone, and everything will be okay.' He
3  said all this had to be settled in the store. He said
4  when Tim got back, tell Tim what was going on. So I
5  did, and I got told I was full of shit.
6  Q. Before you gave notice, you told about the tongue
7     incident and you told about patting you on the rear?
8  A. He was telling me to kiss his ass many times, too.
9  Q. How did he say that?
10 A. I would be in the -- I know a couple of times I
11    was in the office doing my deposits and he'd come in
12    and say, 'Aren't you done yet?' I'm like, 'Almost.'
13    All of a sudden, someone else would walk by and he
14    would say kiss my ass to them, then he would come to
15    me, and say, 'You can kiss my ass, too.' He said, 'To
16    kiss your ass wouldn't take very long because you have
17    a nice little ass.' Comments like that.
18 Q. How many times would he do that?
19 A. Quite often, almost every day that I was there
20    with him.
21 Q. This was all before you gave notice?
22 A. No.
23 Q. So it started before you gave notice?
24 A. It started, but it got worse after I gave notice.

### Page 87

1  Q. You said a minute ago that he did things and then you
2     told him to stop?
3  A. And then it had stopped. After I gave my notice
4     is when it really, really started.
5  Q. I'm trying to understand the sequence of events. You
6     said the tongue incident was a couple of weeks after
7     he got there?
8  A. Yes, it was after Tim had already left for his
9     sabbatical.
10 Q. So that happened. At the same time he was patting
11    your rear?
12 A. Yes.
13 Q. At what point did he stop patting your rear so things
14    got better for awhile?
15 A. I think it was after Lori had left because he was
16    having problems, he felt that the store was falling
17    apart and he was going to get yelled at. So he, I
18    don't know, he stopped doing a bunch of things. He
19    started getting nasty with people, saying this has got
20    to be done. He had laid off for awhile because like I
21    said, the store was starting to fall apart and because
22    people were quitting and walking out.
23 Q. At what point did things get better?
24 A. While that was going on.

### Page 88

1  Q. Can you give me a month that that happened?
2  A. Offhand, no.
3  Q. What else happened after Tim left but before things
4     got better for a while?
5  A. I think that was all that happened in that time
6     period.
7  Q. The tongue incident and the patting on the rear?
8  A. And telling people to kiss his ass all the time.
9  Q. How long did things calm down?
10 A. About three weeks, it was about three weeks after
11    I had given my notice.
12 Q. Three weeks after you gave your notice?
13 A. I think so, I'm not sure. So much had happened
14    during that time period that I don't know. I just got
15    to the point that I wanted out. I just wanted away
16    from that man, so, you know, it's -- I can recall like
17    certain things that happened, but I can't tell you
18    exactly when it stopped and when it started. I can't
19    tell you that, I don't know, because he'd done so much
20    to me.
21 Q. Did he ever make any tongue comment other than that
22    first time?
23 A. No.
24 Q. So, prior to your giving notice you got the tongue

### Page 89

1     incident, the patting on the rear, and the kiss my ass
2     comments?
3  A. Yes.
4  Q. Which he made to many people, you said?
5  A. Yeah, mostly it was only to women, certain women
6     he did it to. He'd stand there and make comments
7     about customers coming through drive-thru, or they
8     were walking into the store, too.
9  Q. Did you complain to Louise Sheriff about the tongue
10    incident?
11 A. No.
12 Q. Why not?
13 A. Because she was pretty much buddy-buddy with Carl,
14    they were pretty much friends. She had worked with
15    him before and I didn't know if I could trust her.
16 Q. You didn't try?
17 A. No. Because I figured I had gone to Vern, and
18    Vern said he would try to get it taken care of.
19 Q. After you -- strike that. I saw something somewhere
20    about you making an ISP entry, do you know what that
21    is?
22 A. Yes.
23 Q. What was that?
24 A. That is how I did my notice to quit.

**Page 90**

1  Q. What does ISP stand for?
2     A. It's our computer.
3  Q. You had made an entry in the computer that you were
4     quitting?
5     A. To Carl, it was a note to Carl telling him that I
6     was quitting.
7  Q. After you gave your notice what did Carl do that
8     bothered you?
9     A. After I said I'd stay, you mean?
10 Q. How did you come to the decision to stay?
11    A. He told me things would be better, that, you know,
12    he couldn't afford to lose me, that I was one of the
13    best managers there and they needed me. And I told
14    him, I said, as long as everything quits, you know,
15    and everybody was doing their job, and not everything
16    was being put on my shoulders, that because I was
17    coming into a store that was pretty much trashed every
18    morning and they weren't even punishing this manager
19    for not doing his job.
20 Q. Who was that manager?
21    A. Richard.
22 Q. Richard who?
23    A. Wormzer.
24 Q. Is he related to Suzy Wormzer?

**Page 91**

1     A. Yes. Those two weren't even supposed to be
2     working in the same store together.
3  Q. They're husband and wife?
4     A. Yes. Policy is if you hold a manager's position,
5     as long as your spouse is in the same position as you,
6     that's okay. But if your spouse is below you, they're
7     not supposed to work in the same store. They
8     eventually transferred to another store.
9  Q. You mentioned Tammy?
10    A. Yes.
11 Q. When did she leave?
12    A. It was before I finally was transferred, I'm not
13    sure exactly when she left.
14 Q. Do you know why she left?
15    A. Yes.
16 Q. Why?
17    A. Well, before Tim left she had been hired as a
18    second assistant, and then when Carl came they were
19    both there. And they kept telling her, we're going to
20    get you started now, this week, next week, they kept
21    messing around with it. Carl had done some things to
22    Tammy that she didn't like. She was more or less
23    being told she had to be a baby-sitter for Richard at
24    night because he wasn't doing his job, and she had had

**Page 92**

1     enough and got transferred. She was transferred to
2     New London.
3  Q. So, after you agreed to stay at the Groton store, what
4     did Carl do that bothered you?
5     A. The stuff had started up again.
6  Q. What stuff?
7     A. I would be in the stockroom getting stuff for to
8     restock, because it was, I had to make sure everything
9     was restocked before my shift was over, or if we were
10    shorthanded and we needed cups or ice, I was the shift
11    manager, I had to go and get this. I was the only one
12    free enough to go and get this stuff if everybody else
13    was busy. He would come back there and rub his body
14    up against me, telling me I had a sweet little ass,
15    things like that.
16 Q. How often did he do that?
17    A. Almost every day.
18 Q. Over how long a period of time?
19    A. Until I left.
20 Q. So he did that while Tim was there?
21    A. No, once Tim came back and I told Tim what was
22    going on, that portion of it had stopped. But other
23    harassment started.
24 Q. What else did he do between the time that you agreed

**Page 93**

1     to stay and the time that Tim returned?
2     A. We'd have managers' meetings on Tuesday afternoon.
3     And like with this outfit, a little bit of my tattoo
4     sticks out, he would make comments about that, that he
5     was going to find out what that tattoo on my chest
6     was. One of these days he was going to find out what
7     it was. Things like that. He would make comments
8     like that to me at the managers' meetings.
9  Q. How often did he make a comment like that?
10    A. I wouldn't say every meeting, but it was almost
11    like every other meeting he would make comments like
12    that.
13 Q. How long was it between the time you agreed to stay
14    and the time Tim came back?
15    A. I'm not sure, I'm not sure exactly how much time
16    was in there.
17 Q. What else did he do between the time that you agreed
18    to stay and the time that Tim came back?
19    A. I had come in on some of my days off, like on
20    Saturday they would be shorthanded and my one neighbor
21    would watch my daughter for me so I would come in and
22    put in a few hours for them. I know the one day I
23    came in on a Saturday they were shorthanded in the
24    grill, so I was back there assembling sandwiches and

Page 94

1 cooking meat. And he had walked up and put his hands
2 on my shoulders and started rubbing them and such. I
3 turned and looked at him and said, 'What do you think
4 you're doing?' He said, 'You look tense and tight
5 like you need a massage.' I said, 'If I want a
6 massage, I'll ask for it. Don't touch me like that
7 again.' It was maybe ten minutes later he had his
8 hands on my shoulder again, and I told him not to
9 touch my again. 'Don't ever do that again.'
10 Q. Did he ever do it again?
11 A. After that, no.
12 Q. Did you ever see him give anybody else in the store a
13 massage?
14 A. Yes, and they all said the same thing, 'What are
15 you doing? Don't be touching me.'
16 Q. Everyone said that?
17 A. Yes.
18 Q. What else did he do between the time that you agreed
19 to stay and Tim returned?
20 A. On Memorial Day, Tammy had dyed her hair red.
21 Louise already has, I think, I believe she dyes her
22 hair red, too, I'm not sure. But that made all three
23 of us managers with red hair. And he made the comment
24 that he was going to dye all of his hair red, he said,

Page 95

1 including down there. Then he looked at me and said,
2 'That will make us hotter in bed together.'
3 Q. That was after you gave notice?
4 A. I believe so, I'm not sure. Like I said, it's
5 all, you know.
6 Q. Did you complain to anybody about that comment?
7 A. Yes.
8 Q. Who did you complain to?
9 A. Well, Tammy was back there, I don't know if she
10 actually heard him say the rest of that to me or not.
11 I said it to her, I told her, I said I couldn't wait
12 to go home. I said something to Stacey about it.
13 There was a bunch of people at the store that I said
14 that was very inappropriate. I don't believe that you
15 should be talking like that to anybody, that's not
16 proper manners to talk like that in a store, or in any
17 business, you know?
18 Q. Did you complain to Vern about that?
19 A. Yes.
20 Q. What did Vern say?
21 A. I know Vern had told Carl to back off of me and to
22 leave me alone. And when it didn't stop, that's when
23 I started calling around Ron Fedor and asking for him
24 to transfer me.

Page 96

1 Q. You first called Ron about Carl after --
2 A. It was --
3 Q. -- after the Memorial Day?
4 A. Yes. I started calling him again asking to
5 transfer.
6 Q. You called him again to transfer?
7 A. Yes.
8 Q. What do you mean by that?
9 A. After I had called him before to let him know what
10 was going on in the store, but after I had already
11 given my notice and after the Memorial Day, that's
12 when I started calling him to have him transfer me,
13 that I didn't want to stay in the store anymore.
14 Q. What did Ron say?
15 A. He kept telling me, 'Just give it time, Tim is
16 coming back. Everything will be okay when Tim comes
17 back.' And when I would call him again and say it's
18 not better, he kept telling me, 'Give it time, Tim's
19 coming back. Everything will be okay. Everything has
20 to be settled in the store.' I figured that was . . .
21 Q. Did you ask him to talk to Carl?
22 A. Yes.
23 Q. What did he say?
24 A. He said he would take care of it. He said he

Page 97

1 would tell Carl to leave me alone. I don't know if
2 that ever happened, I don't know. Then it wasn't too
3 long after that, that's when I started calling human
4 resources' number.
5 Q. When did you start calling human resources?
6 A. After the incident on Memorial Day.
7 Q. Who did you talk to?
8 A. I don't know who the people were, I don't remember
9 their name. I didn't know I was supposed to keep
10 track of this stuff, you know, write down people's
11 names. I know the one woman I spoke to twice, and I
12 had spoke to her once before and then she was the last
13 one I spoke to when she said to me, 'You mean still
14 nobody has, nobody has contacted you from here to take
15 care of this situation?' And I said, 'No.' She told
16 me, she said, 'You stay on the line.' She said,
17 'Don't hang up, I'm going to have someone talk to you
18 today, this is going to be taken care of today.'
19 That's when Steve Goulard contacted me.
20 Q. That was in July; right?
21 A. Yes.
22 Q. So you started calling human resources --
23 A. After Memorial Day.
24 Q. How many times did you call?