UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jan 29  1 37 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

MELISSA BURFORD,

    Plaintiff,

v.

MCDONALD'S CORPORATION,
CARL FIELD, TIMOTHY MICHAUD,
And RONALD FEDOR,

    Defendants.

C.A. No. 3:02-CV-1738 MRK

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUR-REPLY MEMORANDUM OF LAW, AMENDED PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT, AND AFFIDAVIT OF MELISSA BURFORD

Defendants hereby move to strike the Plaintiff's Sur-Reply Memorandum of Law in Opposition to the Defendants' Motion for Summary Judgment, her Amended Plaintiff's Local Rule 56(a)2 Statement, and the Affidavit of Melissa Burford dated January 9, 2004, on the ground that the submissions are not permitted pursuant to the Local Rules of this Court. In support of their motion, defendants rely on the accompanying Memorandum of Law.

DEFENDANTS, McDONALD'S
CORPORATION, CARL FIELD, TIMOTHY
MICHAUD, AND RONALD FEDOR,
By their Attorneys,
HOLLAND & KNIGHT LLP

*/s/ Neal J. McNamara*

Neal J. McNamara, Esquire (FBN 19349)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (Facsimile)
neal.mcnamara@hklaw.com

**LOCAL OFFICE FOR PURPOSES OF RULE 2(C):**

Rodger W. Lehr, Jr., Esq.
Watsky Drive # 3
Stonington, CT 06378
Juris No. 07208

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants' Motion To Strike Plaintiff's Sur-Reply Memorandum Of Law, Amended Plaintiff's Local Rule 56 A(2) Statement, And Affidavit Of Melissa Burford was forwarded via first class mail, postage pre-paid, this 27th day of January, 2004 to:

Peter J. Bartinik, Jr.
Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
100 Fort Hill Road
P.O. Box 942
Groton, CT 06340-0942

*/s/ Neal J. McNamara*

# 1548760_v1