UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA BURFORD | : | CIVIL NO: 3:02 CV 1738 (MRK) |
| V. | : | |
| McDONALD'S CORPORATION, ET AL | : | FEBRUARY 4, 2004 |

## PLAINTIFF'S MOTION TO STRIKE
## DEFENDANTS' REPLY BRIEF, DATED JANUARY 2, 2004

The plaintiff, Melissa Burford, hereby moves to strike the defendants' reply brief and accompanying material because the reply brief does not address matters raised in the plaintiff's Objection to Defendants' Motion for Summary Judgment. Rather, the reply brief makes new factual and legal assertions which are not permitted as part of a reply brief under Local Rule 7.

The plaintiff has attached a Memorandum of Law in Support of her Motion to Strike.

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq. Ct. 14208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
(860) 445-8521
(860) 445-8573 (facsimile)
Pjb@Grotonlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on February 4, 2004 to:

Neal J. McNamara, Esq.
Holland & Knight, LLP
Suite 1800
One Financial Plaza
Providence, Rhode Island 02903

                                        THE PLAINTIFF

                                By _____
                                   Peter J. Bartinik, Jr. Esq. Ct. 14208
                                   Bartinik, Gianacoplos, Bartinik,
                                   Bartinik & Grater, P.C.

2