# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA BURFORD | : | CIVIL NO: 3:02 CV 1738 (MRK) |
| V. | : | |
| McDONALD'S CORPORATION, ET AL | : | FEBRUARY 3, 2004 |

### PLAINTIFF'S OBJECTION TO
### DEFENDANT'S MOTION TO STRIKE, DATED JANUARY 27, 2004

The plaintiff, Melissa Burford, hereby objects to the defendants' Motion to Strike, dated January 27, 2004, as this Court has, at a minimum, the discretion to permit the plaintiff's filings, particularly because the defendant raised new matters in his reply brief. The plaintiff has attached a brief Memorandum of Law in support of this objection.

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq. Ct. 14208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
(860) 445-8521
(860) 445-8573 (facsimile)
Pjb@Grotonlaw.com

## **CERTIFICATION**

I hereby certify that a copy of the Plaintiff's Objection to Defendant's Motion to Strike, dated January 27, 2004, was mailed on February 3, 2004 to:

Neal J. McNamara, Esq.
Holland & Knight, LLP
Suite 1800
One Financial Plaza
Providence, Rhode Island 02903

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq. Ct. 4208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.

2