

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELISSA BURFORD : | CIVIL NO: 3:02 CV 1738 (MRK) |
| V. : | |
| McDONALD'S CORPORATION, ET AL : | FEBRUARY 4, 2004 |

### PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
### MOTION TO STRIKE DEFENDANTS' REPLY BRIEF, DATED JANUARY 2, 2004

Local Rule 7 permits reply briefs, but only when strictly confined to the matters raised in the responsive brief. Local Rule 7(d). Here, the defendant filed a reply brief that addressed matters that were not raised in the responsive brief. The following matters were raised in the defendants reply brief that were not raised in the plaintiff's responsive brief:

(1) On pages 1-3 the defendant claimed that the plaintiff's responses should be "deemed" admissions. That issue was never raised before.

(2) On pages 3-6 the defendant claimed that the plaintiff embellished and contradicted her claims, and buttressed its claim with citations to sources that were neither included in the defendants' original moving papers nor the plaintiff's responsive brief.

(3) On page 6 and 7 the defendant interjected a new rule of law that was not included in the plaintiff's responsive brief when the defendant cited the case of Ursini v. Goldman, 118 Conn. 554 (1934).

(4)     On pages 8 and 9 the defendant added new factual references that were not included in its original moving papers or the plaintiff's responsive brief when the defendant referred to various witnesses' testimony.

(5)     Exhibit B contains a new affidavit of Carl Fields accompanied by new time records for a new time period.

Accordingly, this Court should grant the plaintiff's Motion to Strike the Defendant's Reply Brief as it addresses matters that were not raised in the plaintiff's responsive brief.

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq., Ct. 14208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
(860) 445-8521
(860) 445-8573 (facsimile)
Pjb@Grotonlaw.com

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on February 4, 2004 to:

Neal J. McNamara, Esq.
Holland & Knight, LLP
Suite 1800
One Financial Plaza
Providence, Rhode Island 02903

                              THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq.  Ct. 14208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.

3

BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER, P.C.
P.O. BOX 942 • GROTON, CONNECTICUT 06340-0942 • 860-445-8521 • JURIS NUMBER 01220