UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA BURFORD | : | CIVIL NO: 3:02 CV 1738 (MRK) |
| V. | : | |
| McDONALD'S CORPORATION, ET AL | : | FEBRUARY 3, 2004 |

### PLAINTIFF'S MOTION TO PERMIT SUR-REPLY BRIEF

The plaintiff, Melissa Burford, hereby moves for permission to file its Sur-Reply Brief that has already been filed, and has already been objected to by the defense. On January 27, 2004, the defendants filed a Motion to Strike the Plaintiff's Sur-Reply Brief, dated January 12, 2004. To the extent that a formal motion is required of the plaintiff, as a formal pre-requisite to the filing of a Sur-Reply Brief, then this is such a motion.

THE PLAINTIFF

By _____
Peter J. Bartinik, Jr. Esq. Ct. 14208
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
(860) 445-8521
(860) 445-8573 (facsimile)
Pjb@Grotonlaw.com

## **CERTIFICATION**

      I hereby certify that a copy of Plaintiff's Motion to Permit Sur-Reply Brief, was mailed on February 3, 2004 to:

Neal J. McNamara, Esq.
Holland & Knight, LLP
Suite 1800
One Financial Plaza
Providence, Rhode Island 02903

                                       THE PLAINTIFF

                                By _____
                                    Peter J. Bartinik, Jr. Esq. Ct. 14208
                                    Bartinik, Gianacoplos, Bartinik,
                                    Bartinik & Grater, P.C.

2