UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 22  11 44 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MELISSA BURFORD,

    Plaintiff,

v.

MCDONALD'S CORPORATION,
CARL FIELD, TIMOTHY MICHAUD,
And RONALD FEDOR,

    Defendants.

C.A. No. 3:02-CV-1738 MRK

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO PERMIT SUR-REPLY BRIEF

Defendants McDonald's Corporation, Ronald Fedor and Timothy Michaud hereby object to plaintiff's Motion for Permission to File a Sur-Reply Brief that has already been filed. As defendants stated in their Motion to Strike plaintiff's Sur-Reply Brief, Local Rule 7 of the Rules of this Court do not allow for the filing of a sur-reply brief in any circumstance. Moreover, plaintiff has not even attempted to provide the Court with any reason that it should ignore Local Rule 7 and retroactively allow the filing of a Sur-Reply Brief. Plaintiff's motion is especially striking in light of the fact that plaintiff is simultaneously requesting that defendants' Reply Memorandum be stricken. Plaintiff appears to be adamantly opposed to defendants having any opportunity to reply to her arguments.

DEFENDANTS, McDONALD'S
CORPORATION, TIMOTHY MICHAUD,
AND RONALD FEDOR,

By their Attorneys,
HOLLAND & KNIGHT LLP

/s/ Neal J. McNamara

Neal J. McNamara, Esquire (FBN 19349)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (Facsimile)
neal.mcnamara@hklaw.com

Dated: April 21, 2004

***LOCAL RULE 2(C) OFFICE:***
Rodger W. Lehr, Jr., Esq.
Two Park Place, Apt. 17J
Hartford, CT  06106
Juris No. 07208

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants' Objection To Plaintiff's Motion To Strike Defendants' Reply Brief was forwarded via first class mail, postage pre-paid, this 21 day of April, 2004 to:

Peter J. Bartinik, Jr.
Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
100 Fort Hill Road
P.O. Box 942
Groton, CT 06340-0942

/s/ Neal J. McNamara

# 1672432_v1

2