UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 22  11 44 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MELISSA BURFORD,

    Plaintiff,

v.

    C.A. No. 3:02-CV-1738 MRK

MCDONALD'S CORPORATION,
CARL FIELD, TIMOTHY MICHAUD,
And RONALD FEDOR,

    Defendants.

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY BRIEF

Defendants McDonald's Corporation, Ronald Fedor and Timothy Michaud hereby object to plaintiff's motion to strike defendants' Reply Brief and accompanying material. Contrary to plaintiff's assertion, the Reply Brief and accompanying material address only matters raised in plaintiff's objection to defendants' Motion for Summary Judgment. In support of their Objection, Defendants' rely on the accompanying memorandum of law.

    DEFENDANTS, McDONALD'S CORPORATION,
    TIMOTHY MICHAUD, AND RONALD FEDOR,
    By their Attorneys,
    HOLLAND & KNIGHT LLP

    /s/ Neal J. McNamara
    Neal J. McNamara, Esquire (FBN 19349)
    One Financial Plaza, Suite 1800
    Providence, Rhode Island 02903
    (401) 751-8500
    (401) 553-6850 (Facsimile)

Dated: April 21, 2004    neal.mcnamara@hklaw.com

**LOCAL RULE 2(C) OFFICE:**
Rodger W. Lehr, Jr., Esq.
Two Park Place, Apt. 17J
Hartford, CT  06106
Juris No. 07208

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants' Objection To Plaintiff's Motion To Strike Defendants' Reply Brief was forwarded via first class mail, postage pre-paid, this 21 day of April, 2004 to:

Peter J. Bartinik, Jr.
Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
100 Fort Hill Road
P.O. Box 942
Groton, CT 06340-0942

/s/ Donald McNair

# 1672288_v1