TOTAL TIME: _1_ hours _42_ minutes

HONORABLE _M.R. Kravitz_ Civil (April 12, 2004)
DEPUTY CLERK _K. Galiaro_ RPTR/ERO/TAPE _Thex_

DATE _4/26/04_    START TIME _10:02_    END TIME _11:44_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Burford

CIVIL NO. _3:02cv1738mRK_

§
§                    _Peter J. Bartinik_
§                         Plaintiffs' Counsel
vs.                              §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                    _Neal J. McNamara_
McDonald's Corp, et al           §                         Defendants Counsel
§                    _Damon Hart_

### COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☑ | #41 | Motion For Summary Judgment | ☐ granted | ☐ denied | ☑ advisement |
| ☑ | #52 | Motion to Strike stmt Material Facts | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #54 | Motion to Strike Reply to Response | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #58 | Motion For Leave to File | ☑ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☑ ....... ☑ Brief(s) due _5/3/04_    ☐ Proposed Findings due _____    Response due _____

| | | | |
|---|---|---|---|
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |

☐ ....... Hearing continued until _____ at _____