UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA BURFORD, | : | CIVIL NO: 3:02 CV 1738(MRK) |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| McDONALD'S CORPORATION, | : | |
| CARL FIELDS, TIMOTHY MICHAUD, | : | |
| AND RONALD FEDOR | : | |
|     Defendants. | : | |

## MOTION FOR EXTENSION OF TIME

Defendant McDonald's Corporation hereby submits this Motion for Extension of Time to submit the Supplemental Memorandum of Law ordered by the Court at oral argument on April 26, 2004. The Court asked for the Memorandum by May 3, 2004, and defendants now request an extension of time to May 5, 2004. The reason for the request for extension of time is an unexpected death in the family of Neal J. McNamara which will require him to be out of town on April 29 and 30, 2004.

                                            DEFENDANTS, McDONALD'S
                                            CORPORATION, TIMOTHY MICHAUD,
                                            AND RONALD FEDOR,

                                            By their Attorneys,
                                            HOLLAND & KNIGHT LLP

                                            _/s/ Neal McNamara_____
                                            Neal J. McNamara, Esquire (FBN 19349)
                                            One Financial Plaza, Suite 1800
                                            Providence, Rhode Island 02903
                                            (401) 751-8500
                                            (401) 553-6850 (Facsimile)
Dated: April 28, 2004                  neal.mcnamara@hklaw.com

*LOCAL RULE 2(C) OFFICE:*
Rodger W. Lehr, Jr., Esq.
Two Park Place, Apt. 17J
Hartford, CT  06106
Juris No. 07208

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants' Motion for Extension of Time was forwarded via first class mail, postage pre-paid, this 28th day of April, 2004 to:

Peter J. Bartinik, Jr.
Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
100 Fort Hill Road
P.O. Box 942
Groton, CT 06340-0942

# 1895655_v1