Order

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 29  2 24 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

MELISSA BURFORD,

    Plaintiff,

v.

McDONALD'S CORPORATION,
CARL FIELDS, TIMOTHY MICHAUD,
and RONALD FEDOR,

    Defendants.

NO: 3:02CV1738 (MRK)

## ORDER

Defendant McDonald's Corporation's Motion For Extension Of Time [doc. # 64], dated April 28, 2004, is GRANTED. The parties shall file supplemental memoranda of law on or before **May 8, 2004**.

IT IS SO ORDERED.

_____
Hon. Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: <u>April 29, 2004</u>.