

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELISSA BURFORD,<br>　　Plaintiff | :<br>:    CIV. ACTION NO.<br>:    3:02 CV 1738 (MRK)<br>: |
| v. | :<br>: |
| MCDONALD'S CORPORATION,<br>CARL FIELDS, TIMOTHY MICHAUD<br>AND RONALD FEDOR<br>　　Defendants | :    MAY 7, 2004<br><br>: |

### APPEARANCE

Please enter the appearance of Michael J. Melly for the plaintiff, Melissa Burford, in this matter.

　　　　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　Melissa Burford


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Michael J. Melly
　　　　　　　　　　　　　　　　　　　　Fed. Bar No. 17841
　　　　　　　　　　　　　　　　　　　　Bartinik, Gianacoplos, Bartinik,
　　　　　　　　　　　　　　　　　　　　Bartinik & Grater
　　　　　　　　　　　　　　　　　　　　100 Fort Hill Road
　　　　　　　　　　　　　　　　　　　　P.O. Box 942
　　　　　　　　　　　　　　　　　　　　Groton, Ct 0634

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 5/8/04    to:

Neal J. McNamara
Holland & Knight
One Financial Plaza Suite 1800
Providence, RI 02903

_____
Michael J. Melly