UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELISSA BURFORD,<br><br>　　　　　Plaintiff,<br>v.<br><br>MCDONALD'S CORPORATION,<br>TIMOTHY MICHAUD, AND RONALD<br>FEDOR,<br>　　　　　Defendants. | C.A. No. 3:02-CV-1738 MRK |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED PAGE LIMIT

Defendants McDonald's Corporation, Timothy Michaud and Ronald Fedor ("Defendants") hereby object to Plaintiff's Motion for Permission to Exceed Page Limit. Once again, plaintiff behaves as if the rules that apply to other parties do not apply to her. Plaintiff's attorney contacted defendants' attorney at 3:00 p.m. on Friday afternoon, May 7, 2004 to seek defendants' assent to the motion. Plaintiff could have made the request several days earlier and gotten a quick response from the Court. Instead, he chose not to do so and went ahead and filed the extended supplemental memorandum without prior permission. Moreover, plaintiff included an additional 36 pages of deposition transcript to the record, without permission,

when the Court had specifically requested only a supplemental Memorandum of Law. Once again, defendants have been prejudiced by Plaintiff's ignoring the rules.

DEFENDANTS, McDONALD'S CORPORATION, TIMOTHY MICHAUD, AND RONALD FEDOR,

By their Attorneys,

HOLLAND & KNIGHT LLP

*/s/ Neal J. McNamara*

Neal J. McNamara, Esquire (FBN 19349)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (Facsimile)
neal.mcnamara@hklaw.com

Dated: May 12, 2004

***LOCAL RULE 2(C) OFFICE:***
Rodger W. Lehr, Jr., Esq.
Two Park Place, Apt. 17J
Hartford, CT  06106
Juris No. 07208

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants' Objection To Plaintiff's Motion For Permission To Exceed Page Limit was forwarded via first class mail, postage pre-paid, this 12th day of May, 2004 to Michael J. Melly, Esq., Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C., 100 Fort Hill Road, P.O. Box 942, Groton, CT 06340-0942.

*/s/ Neal J. McNamara*

# 1929008_v1