UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA BURFORD, | : | |
| | : | |
| Plaintiff, | : | NO: 3:02CV1738 (MRK) |
| | : | |
| v. | : | |
| | : | |
| McDONALD'S CORPORATION, | : | |
| CARL FIELDS, TIMOTHY MICHAUD, | : | |
| and RONALD FEDOR, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion for Permission to Exceed Page Limit [doc. #68] is GRANTED. The Clerk is directed to docket Plaintiff's Supplemental Memorandum in Opposition to Motion for Summary Judgment.

In response to Defendants' Objection to Plaintiff's Motion for Permission to Exceed Page Limit [doc. #69], the Court notes that Plaintiff did not "file[] the extended supplemental memorandum without prior permission," but properly sought permission from the Court before doing so, and in fact, Plaintiff's Supplemental Memorandum has not yet been docketed by the Clerk's Office. Additionally, Defendants indicate that they have been prejudiced by the 36 pages of deposition transcript that Plaintiff attached to the memorandum. Though the Court is unable to determine the nature of that prejudice, Defendants will be allowed to submit a response to Plaintiff's submission in order to remedy any prejudice, should they so desire. Any such response must be filed by **May 25, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: May 18, 2004.