UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA BURFORD, | : | |
| | : | |
| Plaintiff, | : | NO: 3:02CV1738 (MRK) |
| | : | |
| v. | : | |
| | : | |
| McDONALD'S CORPORATION, CARL FIELDS, TIMOTHY MICHAUD, and RONALD FEDOR, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Having conferred telephonically with the parties on June 15, 2004, the Court sets the following trial schedule in this case:

1. The parties shall file their Joint Trial Memorandum, in accordance with the Court's instructions, no later than **September 10, 2004;**

2. A final pre-trial conference will be held at **4:00 p.m. on October 1, 2004** in Courtroom #4. **Trial counsel must attend.**

3. Jury selection will take place on **October 5, 2004 at 9:30 a.m.** in Courtroom #4. Trial will commence in this case at **9:30 a.m. on October 20, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 24, 2004.