UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 11  11 21 AM '04  (MRK)
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| MELISSA BURFORD, | : CIVIL NO: 3:02 CV 1738(DJS) |
|    Plaintiff, | : |
| v. | : |
| | : |
| McDONALD'S CORPORATION, | : |
| CARL FIELDS, TIMOTHY MICHAUD, | : |
| AND RONALD FEDOR | : |
|    Defendants. | : |

### ASSENTED TO MOTION TO CONTINUE TRIAL DATE

The trial in this matter is scheduled to begin on October 20, 2004. Jill Dougherty, the in house McDonald's counsel who has been working closely on this matter and plans to attend the trial, has a prior obligation on that date that she is unable to change.

Therefore, defendant McDonald's Corporation respectfully requests that the first day of the trial be continued from October 20, 2004 to the following day October 21, 2004, or to a subsequent day at the convenience of the Court. Peter Bartinik, Counsel for Plaintiff Melissa Burford, has indicated that he has no objection to this motion.

                      DEFENDANT, McDONALD'S CORPORATION

                      By its Attorneys,

                      HOLLAND & KNIGHT LLP

                      Neal J. McNamara, Esquire (FBN 19349)
                      One Financial Plaza, Suite 1800
                      Providence, Rhode Island 02903
                      (401) 751-8500
                      (401) 553-6850 (Facsimile)

## CERTIFICATION

I hereby certify that a copy of the within document was mailed by regular mail, postage prepaid on the _____5th_____ day of August, 2004 to:

Peter J. Bartinik, Esq.
Bartinik, Gianacoplos & Bartinik
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340

*/s/ Neal J. McNamara*

# 2162620_v1

2