UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA BURFORD, | : | |
| | : | |
| Plaintiff, | : | NO: 3:02CV1738 (MRK) |
| | : | |
| v. | : | |
| | : | |
| McDONALD'S CORPORATION, | : | |
| CARL FIELDS, TIMOTHY MICHAUD, | : | |
| and RONALD FEDOR, | : | |
| | : | |
| Defendants. | : | |

**MODIFIED TRIAL SCHEDULE**

The Assented To Motion To Continue Trial Date [doc. # 75], dated August 5, 2004, is GRANTED.  The Court sets the following modified trial schedule in this case:

1. The parties shall file their Joint Trial Memorandum, in accordance with the Court's instructions, no later than **October 8, 2004;**

2. A final pre-trial conference will be held at **4:00 p.m. on October 25, 2004** in Courtroom #4.  **Trial counsel must attend.**

3. Jury selection will take place on **November 5, 2004 at 9:30 a.m.** in Courtroom # 4.   Trial will commence in this case at **9:30 a.m. on November 30, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 13, 2004.