**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MELISSA BURFORD                    :    CIVIL NO: 3:02-CV-1738 (MRK)
                                   :
V.                                 :
                                   :
McDONALD'S CORPORATION             :    AUGUST 16, 2004

**PARTIES REQUEST TO FILE ELECTRONICALLY**

The parties in the above entitled action hereby request the court to allow them to file any papers, pleadings, documents or the like electronically via the CM/ECF website.

PLAINTIFF                                      DEFENDANT
MELISSA BURFORD                                McDONALD'S, INC.

By: _____         By: _____
Peter J. Bartinik, Jr., ct14208                Neal J. McNamara, Esq
Bartinik, Gianacoplos, Bartinik,               Holland & Knight, LLP
Bartinik & Grater, P.C.                        Suite 1800
P.O. Box 942                                   One Financial Plaza
Groton, CT 06340-0942                          Providence, Rhode Island 02903
(860) 445-8521                                 (401)751-8500
pjb@grotonlaw.com
Her Attorneys