UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA BURFORD, | : | |
| | : | |
| Plaintiff, | : | NO: 3:02CV1738 (MRK) |
| | : | |
| v. | : | |
| | : | |
| McDONALD'S CORPORATION, CARL FIELDS, TIMOTHY MICHAUD, and RONALD FEDOR, | : | |
| | : | |
| Defendants. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_   A ruling on all pretrial motions except dispositive motions

\_\_\_   To supervise discovery and resolve discovery disputes

\_\_\_   A ruling on the following motions which are currently pending: Doc. #
_____
_____

  X    A settlement conference

\_\_\_   A conference to discuss the following:
_____
_____

\_\_\_   Other:_____
_____

SO ORDERED this 21st day of September, 2004 at New Haven, Connecticut.


/s/      Mark R. Kravitz
United States District Judge