UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA BURFORD,
    Plaintiff,

v.

McDONALD'S CORPORATION,
CARL FIELDS, TIMOTHY MICHAUD, AND
RONALD FEDOR,
    Defendants.

CIVIL NO: 3:02 CV 1738(MRK)

## JOINT MOTION TO CONTINUE DATE FOR SUBMISSION OF TRIAL MEMORANDUM

Plaintiff, Melissa Burford and defendant, McDonald's Corporation ("McDonald's") hereby move that the Court permit the parties to submit their trial memorandum on December 13, 2004 rather than the currently scheduled December 8, 2004. The reason for this motion is that the parties recently participated in a settlement conference before Magistrate Judge Garfinkel on Wednesday, November 24, 2004. Settlement was not achieved at the conference, but the parties are continuing discussion, and a brief continuance of the due dates of the trial

# 2433334_v1

memorandum would assist the parties in devoting a great deal of effort to settlement while at the same time preparing for trial if necessary.

| MELISSA BURFORD, | DEFENDANT, MCDONALD'S CORP. |
|---|---|
| By her attorneys, | By their attorneys, |
| Peter J. Bartinik, Jr., Esq.<br>BARTINIK, GIANACOPLOS, BATES, BROWN & GRATER, P.C.<br>Post Office Box 942<br>Groton, CT 06340<br>Tel. (860) 445-8521<br>Fax. (860) 445-5873 | Neal J. McNamara BBO No. 556329<br>Damon P. Hart BBO No. 644586<br>HOLLAND & KNIGHT LLP<br>One Financial Plaza, Suite 1800<br>Providence, Rhode Island 02903<br>Tel. (401) 751-8500<br>Fax. (401) 553-6850 |

## CERTIFICATE OF SERVICE

I, hereby certify that on this ____ day of December, 2004, I served a copy of the foregoing *Joint Motion To Continue Date For Submission Of Trial Memorandum* by first class mail, postage prepaid, to the following attorney of record:

Peter J. Bartinik, Jr., Esq.
Bartinik, Gianacoplos, Bates,
Brown & Grater, P.C.
Post Office Box 942
Groton, CT 06340

# 2433334_v1

# 2433334_v1                                                2